# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# aespa

**Reg. No. 7,204,275**
**Registered Oct. 31, 2023**
**Int. Cl.: 3, 5, 29, 30, 32, 33**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., Ltd. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 3: Bleaching preparations for household purposes; pre-moistened cleansing tissues, namely, pre-moistened towelettes impregnated with a detergent for cleaning; bath soaps for pets; cosmetics for animals; false eyelashes; false nails; toothpastes

CLASS 5: Diapers for dogs; medicine cases, portable, filled being first aid kits; food supplements consisting of minerals; vitamin and mineral dietary supplements, namely, dietary supplemental drinks in the nature of vitamin and mineral beverages, vitamin tablets, dietary food supplements, dietary supplements for human consumption, dietary supplements for pets, protein dietary supplements, natural dietary supplements, mineral supplements; fabric deodorizers, namely, deodorants for textiles; disinfectants; nutraceuticals for use as a dietary supplement; room deodorants; dietary supplements for pets in the nature of a powdered drink mix; digestives for pharmaceutical purposes; lacteal flour for babies; food for babies except lacteal flour for babies; adhesive plasters for medical purposes; pharmaceutical and veterinary preparations, namely, cardiovascular pharmaceutical preparations, dermatological pharmaceutical products, anti-diabetic pharmaceuticals, and for relieving or controlling allergic symptoms, pain relief, aiding digestion, strengthening the respiratory system, improving energy and vitality, aiding sleep, reducing stress and boosting immunity; dietary supplements for humans; babies' diapers of paper, adult diapers of paper, and pet diapers of paper; textile diapers, namely, textile diapers for babies, adults, and pets; tissues impregnated with antibacterial preparations; enzyme dietary supplements; portable first-aid kits

CLASS 29: Prepared meat; processed eggs; processed meat; food products made primarily from fruits, namely, fruit-based snack food, dessert made of fruits, dried fruit mixes, dried fruits; frozen vegetables; frozen beans; processed beans, namely, foodstuffs excluding bean curds and foodstuffs made from bean curds; tofu; foods prepared from bean curds, namely, tofu; food products made from worm, namely, edible worms, not live, worm-based snack foods, and prepared meals consisting primarily of worms; processed edible seaweeds for food, preserved; fish and shellfish, not live, namely, fish and shellfish that is frozen or preserved with salt; food products made from fish and shellfish, namely, shellfish, not live, crustaceans, not live, oysters, not live, octopuses, not live, dried fish and shellfish; processed dairy products, namely, cream, cheese,

Katherine Kelly Vidal

**Director of the United States Patent and Trademark Office**



dairy-based spreads, dairy-based beverages; milk products excluding ice cream, ice milk and frozen yogurt; food products made from oil and fat, namely, margarine, edible oils and fats; processed vegetable products, namely, canned cut vegetables, pickled vegetables, vegetable chips, packaged vegetable-based entrees, vegetable-based snack foods, vegetable croquettes; cheese; chicken, meat, fish croquettes; processed seaweed products, namely, processed, edible seaweed

CLASS 30: Processed coffee; cereal-based processed products, namely, processed cereal-based food to be used as a breakfast food, snack food or ingredient for making other foods; cereal-based snack food; frozen confectionery; honey; frozen flour-based dumplings; rice cakes; instant noodles; macarons; bread; candies; sauces; snack confectionery, namely, yogurt-covered fruit, pastilles, confectionery made of sugar, chocolate for confectionery and bread, confectionery chips for baking, confectionery, namely, candy and chocolate; ice-cream; tea; beverages made of tea; chocolate; bubble gum; hot dog sandwiches being sausages in a bread roll

CLASS 32: Fruit smoothies; fruit juice; lagers; lemonades; beer; beer-based beverages, namely, beer-based coolers; vitamin enriched water being beverages not for medical purposes, namely, drinking water with vitamins; fruit juice, namely, apple juice; water beverages; pomegranate juice; non-alcoholic cinnamon fruit punch with dried persimmon, namely, Sujeonggwa; non-alcoholic beverages for prevention of hangover, not for medical purposes, namely, sports drinks containing electrolytes; functional beverages against hangover, not for medical purposes, namely, sports drinks enhanced with vitamins; syrups and other preparations in the nature of concentrates for making beverages; non-alcoholic rice-based punch beverage, namely, Sikhye; deep water being water beverages; ale being beer; vegetable juices; syrups for making soft drinks; tonic water

CLASS 33: Chinese white liquor, namely, Kaoliang; sparkling fruit wine; Korean suspended rice-wine, namely, dongdongju; Korean traditional rice wine, namely, makgeoli; vodka; black raspberry wine, namely, bokbunjaju; brandy; champagne; Korean distilled spirits, namely, soju; Whisky, namely, malt whiskey, blended whisky, bourbon whisky, rye whisky, single malt whisky, and Irish whiskey; alcoholic beverages, except beer; western liquor; wines; whiskey; ginseng liquor; Chinese white liquor, namely, baiganr; sake

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155458, FILED 09-03-2020, REG. NO. 1855193, DATED 04-11-2022, EXPIRES 04-11-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155459, FILED 09-03-2020, REG. NO. 1855195, DATED 04-11-2022, EXPIRES 04-11-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155473, FILED 09-03-2020, REG. NO. 1855239, DATED 04-11-2022, EXPIRES 04-11-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155471, FILED 09-03-2020, REG. NO. 1855235, DATED 04-11-2022, EXPIRES 04-11-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155472, FILED 09-03-2020, REG. NO. 1857472, DATED 04-15-2022, EXPIRES 04-15-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155470, FILED 09-03-2020, REG. NO. 1855236,

DATED 04-11-2022, EXPIRES 04-11-2032

SER. NO. 90-334,758, FILED 11-21-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# aespa

**Reg. No. 7,185,480**

**Registered Oct. 10, 2023**

**Int. Cl.: 14, 18, 20, 21, 24, 26, 28**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., Ltd. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 14: Leather key chains; shoe jewellery; earrings; precious metals; memorial cups of precious metals; key rings of precious metals; works of art of precious metal; commemorative coins of precious metal; necklaces; rings; jewellery; jewelry brooches; jewellery boxes; jewelry cases; clocks and parts therefor; clock cases being parts of clocks; watch cases being parts of watches, and being cases adapted for holding watches; women's jewelry; charms for key rings; paste jewellery; table clocks

CLASS 18: Bags, namely, handbags, all-purpose carrying bags, tote bags, hip bags, carry-on bags, book bags, beach bags, sling bags, hiking bags, shoulder bags, Boston bags, school bags; leather; boxes made of leather; backpacks; briefcases; sport bags; clothing for pets; bags for carrying pets; parasols; eco-bags being bags made of reusable material, namely, all-purpose reusable carrying bags; travelling bags; umbrellas; imitation leather; key cases of imitation leather; purses; canes; card wallets; clutch bags; toilet bags sold empty; portable cosmetic cases sold empty

CLASS 20: Furniture; mirrors being looking glasses; mattresses; works of art of wood, wax, plaster or plastic; Korean cushions, namely, Bangsuk; pillows; hand-held flat fans; memorial tablets not of metal, in the nature of memorial plaques of wood; furniture fittings, not of metal; chests, not of metal; non-metal name plates; sofas; kennels for household pets; pet cushions; picture frames; infant walkers; book stands; cushions; plastic boxes

CLASS 21: Crockery, namely, pots, dishes, drinking cups and saucers, bowls, serving bowls and trays; mugs; buckets; bottles, except vases, namely, bottles sold empty; cleaning tools and washing utensils, other than electric, namely, cleaning rags, cleaning sponges, washing brushes and washing cloths; services being dishes, namely, serving dishes; cooking pots; boxes of glass; coin banks; jugs; floss for dental purposes; toothbrushes; toothbrush holders; tumblers for use as drinking glasses; fly swatters; cosmetic utensils, namely, thread for eyebrow threading, eyebrow brushes, make-up brushes, spatulas, and sponges for applying make-up

CLASS 24: Furnishing and upholstery fabrics; duvets; cotton fabrics; mosquito nets; blanket throws; pillow covers; beach towels; hand towels; blankets for household pets;




**Director of the United States Patent and Trademark Office**



quilts; quilt covers; woven fabrics; table decorations of textile, namely, table linen of textile, table runners not of paper, table cloth of textile, and table napkins of textile; towels of textile; curtains of textile; sleeping bags; coverlets; bed covers; cushion covers

CLASS 26: Buttons; laces and embroidery; arts and crafts findings, namely, top-knots being pompoms; decorative articles for the hair, namely, hair nets, hair sticks, hair scrunchies, hair buckles, hair clips, hair wraps, hair rods, hair barrettes, hair bows, hair ties, and hair slides; hair pins and hair grips; needles; haberdashery being dressmakers' articles, except thread, namely, ribbons and braids; shoulder pads for clothing; haberdashery ribbons; artificial Christmas garlands incorporating lights; hair bands

CLASS 28: Inflatable toys; darts; toy animals; action figure toys; conjuring apparatus, namely, magic tricks; toy water guns; soap bubbles being toys in the nature of bubble making wand and solution sets; games being board games, video game machines, game cards, puzzle games except crossword puzzles; games and playthings, namely, puppet theatres, outdoor activity game equipment sold as a unit comprising sports balls, baseball bats for playing games, ride-on game machines, electronic games for the teaching of children, tabletop games, parlour games, building games, dart games, memory games, dice games; toys being playthings, namely, beanbags in the form of playthings, children's multiple activity toys, infant toys, stuffed toys, talking toys, toy cars, and toy figures; play balls; physical fitness equipment, namely, exercise bands, training bars, sport balls, dumbbells, exercise weights, kettle bells; voice-controlled toys, namely, stuffed toys, electric action toys, plastic character toys, toy cars, and dolls; sticks for fans and for entertainment being novelty items, namely, toy glow sticks; inflatable balloon cheering sticks; dolls; plush toys, and toy robots; Korean traditional mask, namely, Tal

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155461, FILED 09-03-2020, REG. NO. 1855203, DATED 04-11-2022, EXPIRES 04-11-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155463, FILED 09-03-2020, REG. NO. 1855205, DATED 04-11-2022, EXPIRES 04-11-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155464, FILED 09-03-2020, REG. NO. 1857468, DATED 04-15-2022, EXPIRES 04-15-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155469, FILED 09-03-2020, REG. NO. 1718975, DATED 04-22-2021, EXPIRES 04-22-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155466, FILED 09-03-2020, REG. NO. 1855230, DATED 04-11-2022, EXPIRES 04-11-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155468, FILED 09-03-2020, REG. NO. 1855231, DATED 04-11-2022, EXPIRES 04-11-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155465, FILED 09-03-2020, REG. NO. 1855226, DATED 04-11-2022, EXPIRES 04-11-2032

SER. NO. 90-334,755, FILED 11-21-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# aespa

**Reg. No. 7,185,479**
**Registered Oct. 10, 2023**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., Ltd. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 25: Golfwear, namely, golf trousers, golf shirts, golf jumpers, golf caps, golf skirts, golf vests, and golf shoes; insoles; underwear; neckties; climbing clothes, namely, climbing trousers, climbing vests, climbing jackets, and climbing footwear; hats; waterproof clothing, namely, waterproof jackets, waterproof pants, and waterproof footwear; wind proof mufflers, namely, mufflers as neck scarves; winter face masks being clothing, namely, knit face masks being headwear; swimsuits; sweatbands; scarves; sports wear, namely, sports pants, sports jerseys, sports bra, sports shirts, sports overuniforms, sports jackets, sports singlets, sports shoes, sports vests, sports shirts with short sleeves, sleeveless jerseys, sport stockings, leotards, training suits, training shoes, sweat suits, sweat shirts, sweat pants, sweat shorts, sweat jackets, wet suit, and swim suit; footwear; socks; overcoats, except wear for exclusive use for sports and Korean traditional dress; clothing, namely, t-shirts, sweatshirts, sweatpants, socks, jackets, polo shirts, pants, coats, vests, jumpers, hooded sweat shirts, dresses, blouses, cardigans, sweaters, and jeans; gloves as clothing; belts; hanbok being Korean traditional clothing, namely, Korean topcoats, Korean traditional tops as clothing, Korean traditional dresses, Korean traditional skirts, Korean outer jackets worn over basic garments, Korean traditional vests and Korean traditional hats

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155467, FILED 09-03-2020, REG. NO. 1855232, DATED 04-11-2022, EXPIRES 04-11-2032

SER. NO. 90-334,750, FILED 11-21-2020

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# aespa

**Reg. No. 7,185,478**
**Registered Oct. 10, 2023**
**Int. Cl.: 16**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., Ltd.  (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 16: Notebooks; printed diaries; calendars; notepads; stationery; office requisites, except furniture, namely, envelope sealing machines, franking machines, adhesive tape dispensers, correcting fluid for type, finger-stalls, paper embossers, paper folding machines, punches, rubber bands, staplers; sealing stamps; stickers; pencils; postcards and picture postcards; file folders; correspondence cards; pen and pencil boxes; school supplies being stationery

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155462, FILED 09-03-2020, REG. NO. 1855202, DATED 04-11-2022, EXPIRES 04-11-2032

SER. NO. 90-334,747, FILED 11-21-2020

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# aespa

**Reg. No. 6,669,599**

**Registered Mar. 15, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 9: Downloadable video recordings featuring music, music videos, music concerts, television shows, namely, comedy shows, entertainment television shows in the nature of talk shows and variety shows, dramas, and documentaries; downloadable electronic photos featuring celebrities and music album covers; downloadable digital video recordings featuring music and entertainment, namely, entertainment television shows in the nature of talk shows and variety shows; downloadable music files; downloadable musical sound recordings; downloadable image files featuring music album covers and images of celebrities; sunglasses; phonograph records featuring music; pre-recorded DVD featuring music and music performances; pre-recorded electronic media devices featuring music performances; pre-recorded music electronic media devices featuring pre-recorded music

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155460, FILED 09-03-2020, REG. NO. 1718971, DATED 04-22-2021, EXPIRES 04-22-2031

SER. NO. 90-334,745, FILED 11-21-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,334,310**

**Registered Mar. 26, 2024**

**Int. Cl.: 3, 5, 29, 30, 32, 33**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., Ltd.  (REPUBLIC OF KOREA CORPORATION)

83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 3: Bleaching preparations for household purposes; pre-moistened cleansing tissues, namely, pre-moistened towelettes impregnated with a detergent for cleaning; bath soaps for pets; cosmetics for animals; false eyelashes; false nails; toothpastes

CLASS 5: Diapers for dogs; medicine cases, portable, filled, namely, filled firstaid boxes, filled insulin injectors; food supplements consisting of minerals; vitamin and mineral dietary supplements; fabric deodorizers; disinfectants; nutraceuticals for use as a dietary supplement; room deodorants; dietary supplements for pets in the nature of a powdered drink mix; digestives for pharmaceutical purposes; lacteal flour for babies; food for babies except lacteal flour for babies; adhesive plasters for medical purposes; pharmaceutical and veterinary preparations, namely, cardiovascular pharmaceutical preparations, dermatological pharmaceutical products, anti-diabetic pharmaceuticals, and for relieving or controlling allergic symptoms, pain relief, aiding digestion, strengthening the respiratory system, improving energy and vitality, aiding sleep, reducing stress and boosting immunity; dietary supplements for humans; paper diapers for adults and for babies; textile diapers for adults and for babies; tissues impregnated with antibacterial preparations; enzyme dietary supplements; portable first-aid kits; pre-moistened cleansing medicated tissues; medicated soaps for personal use; vitamin enriched water being beverages for medical purposes

CLASS 29: Prepared meat; processed eggs; processed meat; food products made primarily from fruits, namely, fruit-based snack food, dessert made of fruits, dried fruit mixes, dried fruits; frozen vegetables; frozen beans; processed beans, namely, foodstuffs excluding bean curds and foodstuffs made from bean curds; tofu; foods prepared from bean curds, namely, tofu; food products made from worm, namely, edible worms, not live, worm-based snack foods, and prepared meals consisting primarily of worms; seaweeds for food, preserved; fish and shellfish, not live, including those frozen or preserved with salt; food products made from fish and shellfish, namely, shellfish, not live, crustaceans, not live, oysters, not live, octopuses, not live, dried fish and shellfish, preserved fish, fish croquettes, canned fish, fish burger patties; processed dairy products, namely, cream, cheese, dairy-based spreads, dairy-based beverages; milk products excluding ice cream, ice milk and frozen yogurt; food products made from oil and fat, namely, olive oil, margarine, edible oils and fats; processed vegetable products,

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



namely, canned cut vegetables, pickled vegetables, vegetable chips, packaged vegetable-based entrees, vegetable-based snack foods, vegetable croquettes, vegetable salads; cheese; chicken, meat, fish croquettes; processed seaweed products, namely, processed, edible seaweed, dried edible seaweed (hoshi-wakame), seaweed drinks being allege food beverages; frozen potato dumplings

CLASS 30: Processed coffee; cereal-based processed products, namely, processed cereal-based food to be used as a breakfast food, snack food or ingredient for making other foods; cereal-based snack food; confectionery, namely, confectionery made of sugar, candy and chocolate; honey; frozen fish, sweet, meat, Korean-style flour-based dumplings; rice cakes; instant noodles; macarons; bread; candies; sauces; snack confectionery, namely, yogurt-covered fruit, pastilles, confectionery made of sugar, chocolate for confectionery and bread, confectionery chips for baking, candy and chocolate; ice-cream; tea; beverages made of tea; chocolate; bubble gum; hot dogs being sausages in a bread roll; processed dairy products, namely, ice cream; milk products, namely, ice cream; preparations for making beverages, namely, coffee-based beverages, syrup for flavoring food or beverages

CLASS 32: Fruit smoothies; fruit juice; lagers; lemonades; beer; beer-based beverages; vitamin enriched water being beverages, not for medical purposes; apple juice; water beverages; pomegranate juice; non-alcoholic cinnamon punch with dried persimmon, namely, Sujeonggwa; non-alcoholic beverages for prevention of hangover, not for medical purposes, namely, sports drinks containing electrolytes; functional beverages against hangover, not for medical purposes, namely, sports drinks enhanced with vitamins; syrups and other preparations for making beverages, namely, powders used in the preparation of isotonic sports drinks and sports beverages, syrups for making non-alcoholic beverages; non-alcoholic rice punch, namely, Sikhye; deep water being water beverages; ale being beer; vegetable juices; syrups for making soft drinks; tonic water; processed dairy products, namely, smoothies; milk products, namely, smoothies

CLASS 33: Kaoliang being Chinese liquor; sparkling fruit wine; Korean suspended rice-wine, namely, dongdongju; Korean traditional rice wine, namely, makgeoli; vodka; black raspberry wine, namely, bokbunjaju; brandy; champagne; Korean distilled spirits, namely, soju; Scotch; alcoholic beverages, except beer; western liquor; wines; whiskey; ginseng liquor; Chinese white liquor, namely, baiganr; sake

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0155544, FILED 09-03-2020, REG. NO. 2089813, DATED 09-27-2023, EXPIRES 09-27-2033

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0155545, FILED 09-03-2020, REG. NO. 1849117, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0155559, FILED 09-03-2020, REG. NO. 1849129, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0155557, FILED 09-03-2020, REG. NO. 2089808, DATED 09-27-2023, EXPIRES 09-27-2033

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0155558, FILED 09-03-2020, REG. NO. 1849128, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0155556, FILED 09-03-2020, REG. NO. 1849127, DATED 03-25-2022, EXPIRES 03-25-2032

The mark consists of the wording "aespa" where the letters "a" and "e" are connected.

SER. NO. 90-334,839, FILED 11-21-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,058,071**

**Registered May 23, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 16: Notebooks; printed diaries; calendars; notepads; stationery; office requisites, except furniture, namely, envelope sealing machines, franking machines, adhesive tape dispensers, correcting fluid for type, finger-stalls, paper embossers, paper folding machines, punches, rubber bands, staplers; sealing stamps in the nature of postage, marking, rubber, numbering, sealing stamps; stickers; pencils; postcards and picture postcards; file folders; correspondence cards; pen and pencil boxes; school supplies being stationery

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155548, FILED 09-03-2020, REG. NO. 1849121, DATED 03-25-2022, EXPIRES 03-25-2032

The mark consists of the wording "aespa" where the letters "a" and "e" are connected.

SER. NO. 90-334,832, FILED 11-21-2020

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,689,129**

**Registered Apr. 05, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 9: Downloadable video recordings featuring music, music videos, music concerts, and television shows, namely, comedy shows, talk shows and variety shows, dramas, and documentaries; downloadable electronic photos featuring celebrities and music album covers; downloadable digital video recordings featuring music, music videos, music concerts, and television shows in the nature of comedy shows, talk shows and variety shows, dramas, and documentaries; downloadable music files; downloadable musical sound recordings; downloadable image files containing music album covers and images of celebrities; sunglasses; phonograph records featuring music; pre-recorded DVDs featuring music and music performances; pre-recorded electronic media devices featuring music performances; pre-recorded electronic media devices featuring pre-recorded music and musical performances

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155546, FILED 09-03-2020, REG. NO. 1718977, DATED 04-22-2021, EXPIRES 04-22-2031

The mark consists of the wording "aespa" where the letters "a" and "e" are connected.

SER. NO. 90-334,831, FILED 11-21-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

```
┌─────────────────────────────────────────────────────────────────────────┐
│         REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION        │
│                                                                             │
│     WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE     │
│           DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.                │
└─────────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten  Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,185,482**

**Registered Oct. 10, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., Ltd. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 16: Notebooks; printed diaries; calendars; notepads; stationery; office requisites, except furniture, namely, envelope sealing machines, franking machines, adhesive tape dispensers, correcting fluid for type, finger-stalls, paper embossers, paper folding machines, punches, rubber bands, staplers; sealing stamps; stickers; pencils; postcards and picture postcards; file folders; correspondence cards; pen and pencil boxes; school supplies being stationery

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155519, FILED 09-03-2020, REG. NO. 1848102, DATED 03-23-2022, EXPIRES 03-23-2032

The mark consists of the wording "aespa" in stylized font.

SER. NO. 90-334,767, FILED 11-21-2020

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,089,172**

**Registered Jun. 27, 2023**

**Int. Cl.: 3, 5, 29, 30, 32, 33**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 3: Bleaching preparations for household purposes; pre-moistened cleansing cosmetic tissues; bath soaps for pets; cosmetics for animals; false eyelashes; false nails; toothpastes

CLASS 5: Diapers for dogs; medicine cases, portable, filled, namely, filled first-aid boxes, filled insulin injectors; food supplements consisting of minerals; vitamin and mineral dietary supplements; fabric deodorizers; disinfectants; nutraceuticals for use as a dietary supplement; room deodorants; dietary supplements for pets in the nature of a powdered drink mix; digestives for pharmaceutical purposes; lacteal flour for babies; food for babies except lacteal flour for babies; adhesive plasters for medical purposes; pharmaceutical and veterinary preparations, namely, cardiovascular pharmaceutical preparations, dermatological pharmaceutical products, anti-diabetic pharmaceuticals, and for relieving or controlling allergic symptoms, pain relief, aiding digestion, strengthening the respiratory system, improving energy and vitality, aiding sleep, reducing stress and boosting immunity; dietary supplements for humans; paper diapers for adults and for babies; textile diapers for adults and for babies; tissues impregnated with antibacterial preparations; enzyme dietary supplements; portable first-aid kits; pre-moistened cleansing medicated tissues; medicated soaps for personal use; vitamin enriched water being beverages for medical purposes

CLASS 29: Prepared meat; processed eggs; processed meat; food products made primarily from fruits, namely, fruit-based snack food, dried fruit mixes, dried fruits, snack mix consisting primarily of dehydrated fruits, processed nuts and also including sesame sticks, fruit purees, preserved fruits; frozen vegetables; frozen beans; processed beans, namely, foodstuffs excluding bean curds and foodstuffs made from bean curds; tofu; foods prepared from bean curds, namely, tofu; food products made from worm, namely, edible worms, not live, worm-based snack foods, prepared meals consisting primarily of worms, and processed worm meat; seaweeds for food, preserved; fish and shellfish, not live, including those frozen or preserved with salt; food products made from fish and shellfish, namely, shellfish, not live, crustaceans, not live, oysters, not live, octopuses, not live, dried fish and shellfish, preserved fish, fish croquettes, canned fish, fish burger patties; processed dairy products, namely, cream, cheese, dairy-based

Katherine Kelly Vidal

**Director of the United States**
**Patent and Trademark Office**



spreads, dairy-based beverages; milk products, namely, dairy-based spreads, dairy-based food beverages, cheese; food products made from oil and fat, namely, olive oil, margarine, edible oils and fats; processed vegetable products, namely, canned cut vegetables, pickled vegetables, vegetable chips, packaged vegetable-based entrees, vegetable-based snack foods, vegetable croquettes, vegetable salads, freeze dried vegetables; cheese; chicken, meat, fish croquettes; processed seaweed products, namely, processed, edible seaweed, dried edible seaweed (hoshi-wakame), seaweed drinks being allergy food beverages; frozen potato dumplings

CLASS 30: Processed coffee; cereal-based processed products, namely, processed cereal-based food to be used as a breakfast food, snack food or ingredient for making other foods, cereal bars; cereal-based snack food; confectionery, namely, confectionery made of sugar, candy and chocolate; honey; frozen fish dumplings, sweet dumplings, meat dumplings, and Korean-style flour-based dumplings; rice cakes; instant noodles; macarons; bread; candies; sauces; snack confectionery, namely, yogurt-covered fruit, pastilles, confectionery made of sugar, chocolate for confectionery and bread, confectionery chips for baking, candy and chocolate; ice-cream; tea; beverages made of tea; chocolate; bubble gum; hot dogs being sausages in a bread roll; processed dairy products, namely, ice cream; milk products, namely, ice cream; preparations for making beverages, namely, coffee-based beverages, syrup for flavoring food or beverages

CLASS 32: Fruit smoothies; fruit juice; lagers; lemonades; beer; beer-based beverages; vitamin enriched water being beverages, not for medical purposes; apple juice; water beverages; pomegranate juice; non-alcoholic cinnamon punch with dried persimmon, namely, Sujeonggwa; non-alcoholic beverages for prevention of hangover, not for medical purposes, namely, sports drinks containing electrolytes; functional beverages against hangover, not for medical purposes, namely, sports drinks enhanced with vitamins; syrups and other preparations for making beverages, namely, powders used in the preparation of isotonic sports drinks and sports beverages, syrups for making non-alcoholic beverages; non-alcoholic rice punch, namely, Sikhye; deep water being water beverages; ale being beer; vegetable juices; syrups for making soft drinks; tonic water; processed dairy products, namely, smoothies; milk products, namely, smoothies

CLASS 33: Kaoliang being Chinese liquor; sparkling fruit wine; Korean suspended rice-wine, namely, dongdongju; Korean traditional rice wine, namely, makgeoli; vodka; black raspberry wine, namely, bokbunjaju; brandy; champagne; Korean distilled spirits, namely, soju; whisky produced in Scotland; alcoholic beverages, except beer; western liquor; wines; whiskey; ginseng liquor; Chinese white liquor, namely, baiganr; sake

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155515, FILED 09-03-2020, REG. NO. 1848099, DATED 03-23-2022, EXPIRES 03-23-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155516, FILED 09-03-2020, REG. NO. 1848100, DATED 03-23-2022, EXPIRES 03-23-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155530, FILED 09-03-2020, REG. NO. 1848121, DATED 03-23-2022, EXPIRES 03-23-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155528, FILED 09-03-2020, REG. NO. 1848117, DATED 03-23-2022, EXPIRES 03-23-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155529, FILED 09-03-2020, REG. NO. 1848118, DATED 03-23-2022, EXPIRES 03-23-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155527, FILED 09-03-2020, REG. NO. 1848113,

DATED 03-23-2022, EXPIRES 03-23-2032

The mark consists of the wording "aespa" in stylized font.

SER. NO. 90-334,775, FILED 11-21-2020

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,070,935**

**Registered Jun. 06, 2023**

**Int. Cl.: 14, 18, 20, 21, 24, 26, 28**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 14: Leather key chains; shoe jewellery; earrings; precious metals; memorial cups of precious metals; key rings of precious metals; works of art of precious metal; commemorative coins of precious metal; necklaces; rings; jewellery; jewelry brooches; jewellery boxes; jewelry cases; clocks and parts therefor; clock cases; watch cases; women's jewelry; charms for key rings; paste jewellery; table clocks

CLASS 18: Bags, namely, handbags, all-purpose carrying bags, tote bags, hip bags, carry-on bags, book bags, beach bags, sling bags, hiking bags, shoulder bags, Boston bags, school bags; leather; boxes made of leather; backpacks; briefcases; sport bags; clothing for pets; bags for carrying pets; parasols; eco-bags being bags made of reusable material, namely, all-purpose reusable carrying bags, reusable shopping bags; travelling bags; umbrellas; imitation leather; key cases of imitation leather; purses; canes; card wallets; clutch bags; toiletry bags sold empty; portable cosmetic cases sold empty

CLASS 20: Furniture; mirrors being looking glasses; mattresses; works of art of wood, wax, plaster or plastic; Korean cushions, namely, Bangsuk; pillows; hand-held flat fans; memorial tablets not of metal, namely, memorial plaques of plastic, wax or wood; furniture fittings, not of metal; chests, not of metal; non-metal name plates; sofas; kennels for household pets; pet cushions; picture frames; infant walkers; book stands; cushions; plastic boxes

CLASS 21: Crockery, namely, pots, dishes, drinking cups and saucers, bowls, serving bowls and trays; mugs; buckets; bottles except vases, namely, bottles sold empty; cleaning tools and washing utensils other than electric, namely, cleaning sponges, cleaning combs, cleaning pads, cleaning rags, washing brushes, washing boards, and washing cloths; services being dishes; cooking pots; boxes of glass; coin banks; jugs; floss for dental purposes; toothbrushes; toothbrush holders; tumblers being drinking glasses; fly swatters; cosmetic utensils being brushes, spatulas, thread for eyebrow threading; pastry bags

CLASS 24: Furnishing fabrics; duvets; cotton fabrics; mosquito nets; blanket throws; pillow covers; beach towels; hand towels; blankets for household pets; quilts; quilt covers; woven fabrics; table decorations of textile, namely, table cloths, textile place

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



mats, textile napkins textile table runners; towels of textile; curtains of textile; sleeping bags; coverlets; bed covers; cushion covers; cleaning tools and washing utensils other than electric, namely, washing gloves

CLASS 26: Buttons; laces and embroidery; top-knots being pompoms in the nature of arts and crafts findings; decorative articles for the hair, namely, hair ribbons, ornamental hair combs, hair nets, hair sticks, hair scrunchies, hair buckles, hair clips, hair wraps, hair rods, hair barrettes, hair bows, hair ties, and hair slides; hair pins and hair grips; needles; haberdashery being dressmakers' articles, except thread, namely, fabric appliques, haberdashery ribbons and braids, beads other than for making jewelry; shoulder pads for clothing; decorative ribbons being hair ribbons; artificial Christmas garlands incorporating lights; hair bands

CLASS 28: Inflatable toys; darts; toy animals; action figure toys; conjuring apparatus, namely, magic tricks; toy water guns; soap bubbles being toys in the nature of bubble making wand and solution sets; games, namely, board games, video game machines, game cards, puzzle games except crossword puzzles; games and playthings, namely, puppet theatres, outdoor activity game equipment sold as a unit comprising sports balls, baseball bats for playing games, ride-on game machines, electronic games for the teaching of children, tabletop games, parlour games, building games, dart games, memory games, dice games; toys being playthings, namely, beanbags in the form of playthings, children's multiple activity toys, infant toys, stuffed toys, talking toys, toy cars, and toy figures; playing balls; physical exercise apparatus, other than for medical use, namely, exercise bands, training bars, sport balls, dumbbells, exercise weights, kettle bells; voice-controlled toys, namely, stuffed toys, electric action toys, plastic character toys, toy cars, and dolls; sticks being toy glow sticks for fans and for entertainment being novelty items; inflatable balloon cheering sticks; dolls; toys, namely, plush toys, and toy robots; Korean traditional mask, namely, Tal being theatrical masks, and toy masks; golf bags

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155518, FILED 09-03-2020, REG. NO. 1848101, DATED 03-23-2022, EXPIRES 03-23-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155520, FILED 09-03-2020, REG. NO. 1848103, DATED 03-23-2022, EXPIRES 03-23-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155521, FILED 09-03-2020, REG. NO. 1848105, DATED 03-23-2022, EXPIRES 03-23-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155526, FILED 09-03-2020, REG. NO. 1718970, DATED 04-22-2021, EXPIRES 04-22-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155523, FILED 09-03-2020, REG. NO. 1848106, DATED 03-23-2022, EXPIRES 03-23-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155525, FILED 09-03-2020, REG. NO. 1848114, DATED 03-23-2022, EXPIRES 03-23-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155522, FILED 09-03-2020, REG. NO. 1848104, DATED 03-23-2022, EXPIRES 03-23-2032

The mark consists of the wording "aespa" in stylized font.

SER. NO. 90-334,774, FILED 11-21-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,874,893**

**Registered Oct. 18, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 25: Golfwear, namely, golf trousers, golf shirts, golf jumpers, golf caps, golf skirts, golf vests, and golf shoes; insoles; underwear; neckties; climbing clothes, namely, climbing trousers, climbing vests, climbing jackets, and climbing footwear; hats; waterproof clothing, namely, waterproof jackets, waterproof pants, and waterproof footwear; wind proof mufflers, namely, mufflers as neck scarves; winter face masks being clothing, namely, knit face masks being headwear; swimsuits; sweatbands; scarves; sports wear, namely, , namely, sports pants, sports jerseys, sports bra, sports shirts, sports overuniforms, sports jackets, sports singlets, sports shoes, sports vests, sports shirts with short sleeves, sleeveless jerseys, sport stockings, leotards, training suits, training shoes, sweat suits, sweat shirts, sweat pants, sweat shorts, sweat jackets, wet suit, and swim suit; footwear; socks; overcoats, except wear for exclusive use for sports and Korean traditional dress; clothing, namely, t-shirts, sweatshirts, sweatpants, socks, jackets, polo shirts, pants, coats, vests, jumpers, hooded sweat shirts, dresses, blouses, cardigans, sweaters, and jeans; gloves as clothing; belts; hanbok being Korean traditional clothing, namely, Korean topcoats, Korean traditional tops as clothing, Korean traditional dresses, Korean traditional skirts, Korean outer jackets worn over basic garments, Korean traditional vests and Korean traditional hats

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155524, FILED 09-03-2020, REG. NO. 1848107, DATED 03-23-2022, EXPIRES 03-23-2032

The mark consists of the wording "aespa" in stylized font.

SER. NO. 90-334,770, FILED 11-21-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,669,601**

**Registered Mar. 15, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 9: Downloadable video recordings featuring music, music videos, music concerts, television shows, namely, comedy shows, entertainment television shows in the nature of talk shows and variety shows, dramas, and documentaries; downloadable electronic photos featuring celebrities and music album covers; downloadable digital video recordings featuring music and entertainment, namely, entertainment television shows in the nature of talk shows and variety shows; downloadable music files; downloadable musical sound recordings; downloadable image files featuring music album covers and images of celebrities; sunglasses; phonograph records featuring music; pre-recorded DVD featuring music and music performances; pre-recorded electronic media devices featuring music performances; pre-recorded music electronic media devices featuring pre-recorded music

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155517, FILED 09-03-2020, REG. NO. 1718968, DATED 04-22-2021, EXPIRES 04-22-2031

The mark consists of the wording "aespa" in stylized font.

SER. NO. 90-334,766, FILED 11-21-2020



*Dun Hirlfld*

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# ÆSPA

**Reg. No. 7,773,061**

**Registered Apr. 29, 2025**

**Int. Cl.: 14, 18, 20, 21, 24, 26, 28**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD. (REPUBLIC OF KOREA CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, KOREA, SOUTH 04769

CLASS 14: Leather key chains; shoe jewellery; earrings; precious metals; memorial prize cups of precious metals; key rings of precious metals; works of art of precious metal; commemorative coins of precious metal; necklaces; rings; jewellery; jewelry brooches; jewellery boxes; jewellery cases; clocks and parts therefor; clock cases being parts of clocks; watch cases being parts of watches; women's jewelry; charms for key rings; paste jewellery; table clocks

CLASS 18: Bags, namely, handbags, all-purpose carrying bags, tote bags, hip bags, carry-on bags, book bags, beach bags, sling bags, hiking bags, shoulder bags, Boston bags, school bags; leather; boxes made of leather; backpacks; briefcases; sport bags; clothing for pets; bags for carrying pets; parasols; eco-bags being bags made of reusable material, namely, all-purpose reusable carrying bags, reusable shopping bags; travelling bags; umbrellas; imitation leather; key cases of imitation leather; purses; canes; card wallets; clutch bags; toiletry bags sold empty; portable cosmetic cases sold empty

CLASS 20: Furniture; mirrors being looking glasses; mattresses; works of art of wood, wax, plaster or plastic; Korean cushions, namely, Bangsuk; pillows; hand-held flat fans; furniture fittings, not of metal; chests, not of metal; non-metal name plates; sofas; kennels for household pets; pet cushions; picture frames; infant walkers; book stands; cushions; plastic boxes

CLASS 21: Gloves for household purposes; food and drink preparation utensils for household purposes other than electric, namely, kitchen tongs, spatulas, kitchen ladles, splatter screens, dishers, turners, basting spoons, slotted serving spoons, ice-cream scoopers, two-tined forks, strainers, graters and whisks; crockery, namely, pots, dishes, drinking cups and saucers, bowls, serving bowls and trays; mugs; buckets; bottles, sold empty, except vases; bottle openers; cleaning tools and washing utensils other than electric; services being dishes; cooking pots; boxes of glass; coin banks; jugs; floss for dental purposes; toothbrushes; toothbrush holders; tumblers; fly swatters; cosmetic utensils

CLASS 24: Furnishing fabrics; duvets; cotton fabrics; mosquito nets; blanket throws; pillow covers; beach towels; shower curtains; hand towels; blankets for household pets; quilts; quilt covers; woven fabrics; table decorations of textile, namely, textile place mats, table linen of textile, table runners not of paper, table cloth of textile, and table napkins of textile; towels of textile; curtains of textile; sleeping bags; coverlets; bed

Acting Director of the United States Patent and Trademark Office



covers; cushion covers

CLASS 26: Buttons; laces and embroidery; arts and craft findings, namely, top-knots being pompoms; decorative articles for the hair, namely, hair ribbons, ornamental hair combs, hair nets, hair sticks, hair scrunchies, hair buckles, hair clips, hair wraps, hair rods, hair barrettes, hair bows, hair ties, and hair slides; hair pins and hair grips; needles; haberdashery being dressmakers' articles, except thread, namely, fabric appliques, haberdashery ribbons and braids, beads other than for making jewelry; shoulder pads for clothing; decorative ribbons being hair ribbons, haberdashery ribbons, ribbons of textile materials; hair curlers, electric and non-electric, other than hand implements; artificial Christmas garlands incorporating lights; hair bands

CLASS 28: Inflatable toys; darts; toy animals; action figure toys; conjuring apparatus, namely, magic tricks; toy water guns; soap bubbles being toys; games, namely, board games, video game machines, game cards, puzzle games except crossword puzzles; games and playthings, namely, puppet theatres, outdoor activity game equipment sold as a unit comprising sports balls, baseball bats for playing games, ride-on game machines, electronic games for the teaching of children, tabletop games, parlour games, building games, dart games, memory games, dice games; toys being playthings, namely, beanbags in the form of playthings, children's multiple activity toys, infant toys, stuffed toys, talking toys, toy cars, and toy figures; playing balls being play balls; physical exercise apparatus, other than for medical use, exercise bands, training bars, sport balls, dumbbells, exercise weights, kettle bells; voice-controlled toys, namely, stuffed toys, electric action toys, plastic character toys, toy cars, and dolls; sticks being toy glow sticks for fans and for entertainment being novelty items; inflatable balloon cheering sticks; dolls; toys, namely, plush toys, and toy robots; Korean traditional mask, namely, Tal being theatrical masks, costume masks, masquerade masks, carnival masks, and toy masks

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0190271, FILED 10-27-2020, REG. NO. 1857934, DATED 04-18-2022, EXPIRES 04-18-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0190273, FILED 10-27-2020, REG. NO. 1857935, DATED 04-18-2022, EXPIRES 04-18-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0190274, FILED 10-27-2020, REG. NO. 1857928, DATED 04-18-2022, EXPIRES 04-18-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0190279, FILED 10-27-2020, REG. NO. 1718950, DATED 04-18-2021, EXPIRES 04-18-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0190276, FILED 10-27-2020, REG. NO. 1857929, DATED 04-18-2022, EXPIRES 04-18-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0190278, FILED 10-27-2020, REG. NO. 1857931, DATED 04-18-2022, EXPIRES 04-18-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2020-0190275, FILED 10-27-2020, REG. NO. 1857930, DATED 04-18-2022, EXPIRES 04-18-2032

The mark consists of the wording "AESPA" where the letters "A" and "E" are connected.

SER. NO. 90-334,784, FILED 11-21-2020

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# ÆSPA

**Reg. No. 7,257,061**
**Registered Jan. 02, 2024**
**Int. Cl.: 3, 5, 29, 30, 32, 33**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 3: Bleaching preparations for household purposes; pre-moistened cleansing tissues being towelettes impregnated with a detergent for cleaning, and pre-moistened cosmetic tissues; bath soaps for pets; cosmetics for animals; false eyelashes; false nails; toothpastes

CLASS 5: Diapers for dogs; medicine cases, portable, filled, being first aid kits, and insulin injectors sold filled with insulin; food supplements consisting of minerals, namely, mineral food supplements; vitamin and mineral dietary supplements; fabric deodorizers, namely, deodorants for clothing; disinfectants; nutraceuticals for use as a dietary supplement; room deodorants; dietary supplements for pets in the nature of a powdered drink mix; digestives for pharmaceutical purposes; lacteal flour for babies; food for babies except lacteal flour for babies; adhesive plasters for medical purposes; pharmaceutical and veterinary preparations, namely, cardiovascular pharmaceutical preparations, dermatological pharmaceutical products, anti-diabetic pharmaceuticals, and for relieving or controlling allergic symptoms, pain relief, aiding digestion, strengthening the respiratory system, improving energy and vitality, aiding sleep, reducing stress and boosting immunity; dietary supplements for humans; paper diapers for adults and for babies; textile diapers for adults and for babies; tissues impregnated with antibacterial preparations; enzyme dietary supplements; portable first-aid kits

CLASS 29: Prepared meat; processed eggs; processed meat; food products made primarily from fruits, namely, fruit-based snack food, bakery dessert made of fruits, dried fruit mixes, dried fruits, snack mix consisting primarily of dehydrated fruits, processed nuts and also including sesame sticks, fruit purees, preserved fruits; frozen vegetables; frozen beans, preserved; processed beans, namely, foodstuffs excluding bean curds and foodstuffs made from bean curds; tofu; foods prepared from bean curds, namely, tofu; food products made from worm, namely, edible worms, not live, worm-based snack foods, prepared meals consisting primarily of worms, and processed worm meat; seaweeds for food, preserved, being processed edible seaweed; fish and shellfish, not live, namely, those frozen or preserved with salt; food products made from fish and shellfish, namely, preserved fish, fish croquettes, canned fish, fish burger patties, fish mousse; processed dairy products, namely, whipped topping, cream, cheese, dairy-based spreads, dairy-based beverages; milk products excluding ice cream, ice milk and frozen yogurt; food products made from oil and fat, namely, edible bone oil, edible oils and fats, palm oil for food, olive oil for food, margarine, edible oils and fats; processed

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



vegetable products; cheese; chicken, meat, fish croquettes; processed edible seaweed products

CLASS 30: Processed coffee; cereal-based processed products, namely, processed cereal-based food to be used as a breakfast food, snack food or ingredient for making other foods, cereal bars; cereal-based snack food; confectionery, namely, confectionery made of sugar, candy and chocolate, pastilles, gum paste, frozen yogurt; honey; frozen dumplings; rice cakes; instant noodles; macarons; bread; candies; sauces; snack confectionery, namely, yogurt-covered fruit, pastilles, confectionery made of sugar, chocolate for confectionery and bread, confectionery chips for baking, candy and chocolate, yogurt-covered nuts, yogurt-covered pretzels; icecream; tea; beverages made of tea; chocolate; bubble gum; hot dogs being sausages in a bread roll, namely, hot dog sandwiches

CLASS 32: Fruit smoothies; fruit juice; lagers; lemonades; beer; beer-based beverages; vitamin enriched water being beverages not for medical purposes, namely, drinking water with vitamins; apple juice beverages; water beverages; pomegranate juice; nonalcoholic cinnamon fruit punch with dried persimmon, namely, Sujeonggwa; non-alcoholic beverages for prevention of hangover, not for medical purposes, namely, sports drinks containing electrolytes; functional beverages against hangover, not for medical purposes, namely, sports drinks enhanced with vitamins; syrups and other preparations in the nature of concentrates for making beverages, namely, fruit drinks; non-alcoholic rice punch, namely, Sikhye; deep water; ale being beer; vegetable juices; syrups for making soft drinks; tonic water

CLASS 33: Kaoliang being Chinese liquor; sparkling fruit wine; Korean suspended rice-wine, namely, dongdongju; Korean traditional rice wine, namely, makgeoli; vodka; black raspberry wine, namely, bokbunjaju; brandy; champagne; Korean distilled spirits, namely, soju; whisky produced in Scotland in accordance with specific standards; alcoholic beverages, except beer; western liquor; wines; whiskey; ginseng liquor; Chinese white liquor, namely, baiganr; sake

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0190268, FILED 10-27-2020, REG. NO. 1872138, DATED 05-27-2022, EXPIRES 05-27-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0190269, FILED 10-27-2020, REG. NO. 1857932, DATED 04-18-2022, EXPIRES 04-18-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0190283, FILED 10-27-2020, REG. NO. 1857940, DATED 04-18-2022, EXPIRES 04-18-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0190281, FILED 10-27-2020, REG. NO. 1857939, DATED 04-18-2022, EXPIRES 04-18-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0190282, FILED 10-27-2020, REG. NO. 1857941, DATED 04-18-2022, EXPIRES 04-18-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0190280, FILED 10-27-2020, REG. NO. 1857938, DATED 04-18-2022, EXPIRES 04-18-2032

The mark consists of the wording "AESPA" where the letters "A" and "E" are connected.

SER. NO. 90-334,786, FILED 11-21-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# ÆSPA

**Reg. No. 7,070,937**

**Registered Jun. 06, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 16: Notebooks; printed diaries; calendars; notepads; stationery; office requisites, except furniture, namely, envelope sealing machines, franking machines, adhesive tape dispensers, correcting fluid for type, finger-stalls, paper embossers, paper folding machines, office hole punches, rubber bands, staple removers, staplers for the office; sealing stamps; stickers; pencils; postcards and picture postcards; file folders; correspondence cards; pen and pencil boxes; school supplies being stationery

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0190272, FILED 10-27-2020, REG. NO. 1857927, DATED 04-18-2022, EXPIRES 04-18-2032

The mark consists of the wording "AESPA" where the letters "A" and "E" are connected.

SER. NO. 90-334,780, FILED 11-21-2020

Katherine Kelly Vidal

**Director of the United States**
**Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# ÆSPA

**Reg. No. 7,064,686**

**Registered May 30, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 25: Golfwear, namely, golf trousers, golf shirts, golf shorts, golf jumpers, golf caps, golf skirts, golf vests, and golf shoes; insoles; underwear; neckties; climbing clothes, namely, climbing trousers, climbing vests, climbing jackets, climbing gloves, climbing shirts, and climbing footwear; hats; waterproof clothing, namely, waterproof shirts, waterproof jackets, waterproof pants, and waterproof footwear; wind proofing mufflers as neck scarves; winter face masks being clothing; swimsuits; sweatbands; scarves; sports wear, namely, sports pants, sports jerseys, sports bra, sports shirts, sports overuniforms, sports jackets, sports singlets, sports shoes, sports vests, sports shirts with short sleeves, sleeveless jerseys, sport stockings, leotards, training suits, training shoes, sweat suits, sweat shirts, sweat pants, sweat shorts, sweat jackets, wet suit, and swim suit; footwear; socks; overcoats except wear for exclusive use for sports and Korean traditional dress; clothing, namely, t-shirts, sweatshirts, sweatpants, socks, jackets, polo shirts, pants, coats, vests, jumpers, hooded sweat shirts, dresses, blouses, cardigans, sweaters, and jeans; gloves as clothing; belts; hanbok being Korean traditional clothing, namely, Korean topcoats, Korean traditional tops as clothing, Korean traditional dresses, Korean traditional skirts, Korean outer jackets worn over basic garments, Korean traditional vests and Korean traditional hats

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0190277, FILED 10-27-2020, REG. NO. 1857936, DATED 04-18-2022, EXPIRES 04-18-2032

The mark consists of the wording "AESPA" where the letters "A" and "E" are connected.

SER. NO. 90-334,781, FILED 11-21-2020

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# ÆSPA

**Reg. No. 6,682,239**

**Registered Mar. 29, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 9: Downloadable video recordings featuring music, music videos, music concerts, television shows, namely, comedy shows, talk shows and variety shows, dramas, and documentaries; downloadable electronic photos featuring celebrities and in the field of entertainment; downloadable digital video recordings featuring music, music videos, music concerts, television shows, namely, comedy shows, talk shows and variety shows, dramas, and documentaries; downloadable music files; downloadable musical sound recordings; downloadable image files featuring music album covers and images of celebrities; sunglasses; phonograph records featuring music; pre-recorded DVDs featuring music and music performances; electronic media in the nature of digital media devices featuring music performance; pre-recorded music on electronic media being digital media devices

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0190270, FILED 10-27-2020, REG. NO. 1718947, DATED 04-22-2021, EXPIRES 04-22-2031

The mark consists of the wording "AESPA" where the letters "A" and "E" are connected.

SER. NO. 90-334,778, FILED 11-21-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# KRUCIALIZE

**Reg. No. 7,658,197**

**Registered Jan. 21, 2025**

**Int. Cl.: 9, 14, 16, 25, 28, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

SM Entertainment Co., Ltd. (REPUBLIC OF KOREA CORPORATION)
83-21, Wangsimni-ro, Seongdong-gu,
Seoul, REPUBLIC OF KOREA 04769

CLASS 9: Prerecorded videotapes featuring music; phonograph records featuring music; downloadable music files; downloadable digital music provided from MP3 Internet websites; pre-recorded optical and magneto-optical discs of music, machine readable; prerecorded video discs of music; pre-recorded audio and video tapes of music; pre-recorded vinyl records featuring musical sound recordings; musical video recordings; pre-recorded CDs featuring music and music performances; pre-recorded DVDs featuring music; downloadable digital music files authenticated by non-fungible tokens (NFTs); downloadable multimedia file containing audio, video and text relating to music; prerecorded motion picture videos featuring music; downloadable video files featuring music; downloadable electronic album featuring music; recorded electronic documents, namely, electronic paper displays; electronic publications, downloadable in the nature of books and magazines featuring music; downloadable electronic publications in the nature of books and magazines featuring pop culture; sunglasses

CLASS 14: Key rings of precious metals; metal key rings; leather key rings; charms for key rings; jewelry made of precious metals; earrings; rings being jewelry; necklaces; bracelets being jewelry; ornaments of precious metal in the nature of jewelry; badges of precious metal; belt ornaments of precious metal in the nature of jewelry; jewelry charms; jewelry chains; tie pins; medals; ornamental lapel pins; ankle bracelets; brooches being jewelry; pendants; jewelry cases; memorial cups being commemorative statuary cups of precious metals

CLASS 16: Paper and cardboard; paper gift wrap; packing paper; paper; stickers; printed notebooks; sticker albums; note paper; stationery; photo albums; writing instruments; letter paper; memory books; school supplies being stationery; printed diary; printed posters; printed matter, namely, art prints, printed postcards, printed stationery, printed photographs, printed calendars, printed emblems, printed greeting cards, printed events programmes, printed birthday cards, printed music sheets, printed anniversary books, printed patterns for costumes, and collectible printed trading cards; photographic prints; printed photographs; books, namely, printed autograph books, printed books in the field of fiction, memory books and printed non-fiction books on a variety of topics

CLASS 25: Footwear; leather shoes; slippers; training shoes; sandals; shoes; sport



Acting Director of the United States Patent and Trademark Office

shirts; bathing suits; clothing, namely, shirts, hats, leggings, sweat shirts, pants and training suits; uniforms; jackets being clothing; outerclothing, namely, jackets and hoodies; panties, shorts and briefs; tee-shirts; undergarments; socks; caps being headwear; sports caps and hats; fashion hats; fedoras; wind proofing mufflers as neck scarves; sweatbands ; gloves for apparel

CLASS 28: Costume masks; toys being playthings, namely, plush toys; dolls; water toys; toy building blocks; toy watches; electronic action toys; balls for play; model cars; robotic toys; games and playthings, namely, board games, card games, dart games, dice games, electronic games for the teaching of children, parlor games, party games, puzzle games, pinball games, role-playing games, trading card games, construction toys, drawing toys, electronic action toys, electronic learning toys, electronic toy vehicles, mechanical toys, inflatable toys, musical toys, plastic character toys, talking toys and water toys; toy LED light and glow sticks for fans and for entertainment being novelty items; inflatable balloon cheering sticks; cheerleading pom-poms; party balloons; puzzles, namely, jigsaw puzzles, manipulative puzzles, mosaic puzzles and cube-type puzzles; home video game machines; video game machines

CLASS 35: Advertising services; advertising, marketing and publicity services; publicity services; marketing services; business administration of consumer loyalty programs; promotion of musical concerts of others; organization of art exhibitions for commercial or advertising purposes; arranging and conducting of art exhibitions for commercial or advertising purposes; talent agency services in the nature of business management of performing artists; business management of performing artists; brand management, namely, consulting, development, management and marketing of brands for businesses and/or individuals; business management of musical performers; wholesale ordering services in the field of phonograph records featuring music, musical video recordings, stationery, dolls, toys, clothing, caps, and bags; administrative processing of purchase orders; providing office functions; promoting the goods and services by means of others by operating an on-line comprehensive shopping mall; business intermediary services relating to mail order by telecommunications, namely, order fulfillment services; Providing television home shopping services in the field of general consumer merchandise; import and export agencies; arranging subscriptions of the online publications of others; virtual secretarial services, namely, telephone answering and message handling services; compilation of information into computer databases

CLASS 38: Electronic transmission of information via the internet; providing access to databases; providing access to platforms on the Internet, as well as on the mobile Internet; electronic transmission and streaming of digital media content for others via global and local computer networks; electronic transmission of data, audio, video and multimedia files, including downloadable files and files streamed over a global computer network; providing access to chat lines, chatrooms and forums via mobile Internet; electronic transmission of text message and video; providing online chat room and electronic bulletin board service; providing access to databases for social networking service (SNS); providing access to an online virtual community forum via the internet and mobile; providing on-line electronic bulletin boards for transmission of messages among computer users concerning music; delivery of digital music by electronic transmission; providing internet chatrooms for location-based social networking service (SNS); streaming of audio, visual, and audio visual material being movies, music, videos, games, and television program via the Internet; broadcasting and transmission of television programs; interactive broadcasting and communications services, namely, interactive delivery of video over digital networks; internet broadcasting services; radio, television and cable radio and television broadcasting services; wireless internet broadcasting; operation of broadcasting facilities

CLASS 41: Entertainer performance services, namely, live musical performances; production of DVD music videos; production of live entertainment, namely, dancing performances and musical performances; recording, production and distribution of films, video and audio recordings, radio and television programs; production of music

videos; entertainment services performed by singers, namely, live musical performances; planning of entertainment performances, namely, special event planning for social entertainment purposes; entertainment services in the form of performances by singers; production and distribution, other than transportation, of audio recordings; arranging, conducting and organization of concerts; arranging and conducting of auditions for singers, namely, presentation of musical performances; provision of information relating to planning live entertainment performances; conducting of entertainment performances in the nature of live visual and audio performances, namely, musical band, rock group, gymnastic, dance and ballet performances; production of music performances; production of audio recordings; music recording services; provision of information relating to entertainment, music, live performances and entertainment events; providing information in the field of entertainment; fan club services in the nature of entertainment; entertainer services, namely, live musical performances

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198537, FILED 11-02-2023, REG. NO. 40-2165262, DATED 03-08-2024, EXPIRES 03-08-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198538, FILED 11-02-2023, REG. NO. 40-2165263, DATED 03-08-2024, EXPIRES 03-08-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198539, FILED 11-02-2023, REG. NO. 40-2165264, DATED 03-08-2024, EXPIRES 03-08-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198544, FILED 11-02-2023, REG. NO. 40-2174264, DATED 03-27-2024, EXPIRES 03-27-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198541, FILED 11-02-2023, REG. NO. 40-2165266, DATED 03-08-2024, EXPIRES 03-08-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198542, FILED 11-02-2023, REG. NO. 40-2174262, DATED 03-27-2024, EXPIRES 03-27-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198543, FILED 11-02-2023, REG. NO. 40-2174263, DATED 03-27-2024, EXPIRES 03-27-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198540, FILED 11-02-2023, REG. NO. 40-2165265, DATED 03-08-2024, EXPIRES 03-08-2034

SER. NO. 98-263,115, FILED 11-09-2023

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# Girls On Top

**Reg. No. 7,656,945**
**Registered Jan. 21, 2025**
**Int. Cl.: 9, 16, 25, 28, 41**
**Service Mark**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., LTD.  (REPUBLIC OF KOREA CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, KOREA, SOUTH 04769

CLASS 9: Downloadable digital photographs; downloadable digital video recordings featuring television shows in the nature of talk shows and variety shows, dramas, movies, documentaries, sports highlights, memes, and current events news; downloadable video recordings featuring television shows in the nature of talk shows and variety shows, dramas, movies, documentaries, sports highlights, memes, and current events news; downloadable electronic brochures regarding entertainment; downloadable image files containing images of celebrities; downloadable electronic publications in the nature of books, magazines, brochures, newsletters in the field of entertainment, art, movies, and celebrities; downloadable emoticons for mobile phones; pre-recorded electronic media devices featuring television shows in the nature of talk shows and variety shows, dramas, movies, documentaries, sports highlights, memes, and current events news

CLASS 16: Printed note books; printed diaries; desk pads; stationery; photo albums; document files; collectable printed trading cards; sealing stamps; stickers; printed postcards; printed entry tickets; printed desk calendars; color prints in the nature of lithographs; color prints in the nature of printed photographs; posters made of paper; printed posters; mounted printed posters; unmounted printed posters; printed advertising posters; writing instruments

CLASS 25: Outer clothing, namely, coats, jackets, gilets, jumpers, hoodies and ponchos; knitwear, namely, knit tops, sweaters, vests, and cardigans; leggings; muffs; caps being headwear; winter face masks being headwear; undergarments; sneakers; sportswear, namely, shirts, overuniforms, jackets, singlets, shoes, vests, jerseys, bras, pants; footwear; socks; gloves as clothing; headwear, namely, hats, helmets, hair covers, hoods, caps, winter face masks as clothing; belts for clothing; jumpers being sweaters; training wear, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; tee-shirts; headbands

CLASS 28: Conjuring apparatus, namely, toy magic tricks; water toys; collectable toy figures; parlour games; games, namely, board games, handheld game consoles, checkers game, game cards, tabletop games, building games, chess games, memory games, dice games, games adapted for use with television receivers, electronic games for the



*Acting Director of the United States Patent and Trademark Office*

teaching of children; toys, namely, action figure toys, figure toys, toy accessories, pet toys, toy cars, toy model cars, children's multiple activity toys, talking toys, infant toys, inflatable toys, plush toys, toy sticks with glow-in-the dark features, toy LED light sticks, molded toy figures, remote controlled airplanes and cars, finger puppets, toy model train sets, bath toys, musical toys, inflatable pool toys, ride-on toys; toy Christmas trees; cheering rods, namely, twirling batons; dolls; playthings, namely, beanbags, puppet theaters, home video game machines, outdoor activity game equipment sold as a unit comprising sports balls, baseball bats for playing games, ride-on game machines, darts; action figure dolls; tarot cards being playing cards; toys for party, namely, novelty noisemaker toys, novelty plush toys, and toy glow sticks and bracelets; toy balloons for party; Halloween masks

CLASS 41: Entertainment services, namely, live performances by singers; planning arrangement of showing movies, shows, plays and musical performances; digital video, audio and multimedia entertainment publishing services; ticket reservation services for live performances; production of live entertainment events; online electronic publishing of multimedia material on-line; production of music videos; arranging and conducting of meetings being conferences, conventions, and seminars in the field of entertainment; fan club services in the nature of entertainment; entertainer performance services in the nature of presenting musical performances, and other performances in the field of entertainment, and entertainment services, namely, televised and movie appearances by a professional entertainer; entertainer services, namely, conducting of performance events for cultural or entertainment purposes, namely, live performances by singers, providing college sporting events, organization of exhibition for cultural purposes, providing art exhibitions; online interactive entertainment in the nature of presenting TV shows, radio shows, movies, plays or musical performances; production of audio recordings; arranging and conducting of concerts

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2021-0264733, FILED 12-28-2021, REG. NO. 1905290, DATED 09-02-2022, EXPIRES 09-02-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2021-0264734, FILED 12-28-2021

SER. NO. 97-205,654, FILED 01-06-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# KWANGYA

**Reg. No. 7,567,999**
**Registered Nov. 19, 2024**
**Int. Cl.: 3, 4**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., LTD.  (REPUBLIC OF KOREA CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 3: Hand cream; cosmetics; cosmetic preparations for skin care and skin treatment; skin moisturizing creams, lotions and gels; sun care lotions; scented body sprays; perfumes; non-medicated hand soaps; hand cleaners; non-medicated skin cleansing preparations for personal use, namely, facial cleansers, facial cleansing oils, skin cleansers, skin cleansing lotion, skin cleansing cream; foam cleansers for personal use; beauty soap; incense; incense and incense cones; scented room sprays; air fragrance reed diffusers; scented fabric refresher spray; room fragrances; aromatics being essential oils for use in automobiles; aromatic oils

CLASS 4: Candles; scented candles; perfumed candles; aromatic candles; aromatherapy fragrance candles; rosemary scented candles; wicks for candles; soy candles; tealight candles; Christmas tree candles; candles for night lights; candles for lighting; wicks for candles for lighting; bougies in the nature of wax candles; candles containing insect repellent; wax for lighting; wax for making candles; wax for skis; wax for skateboards; beeswax for use in the manufacture of cosmetics

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2022-0156015, FILED 08-23-2022, REG. NO. 2196321, DATED 05-17-2024, EXPIRES 05-17-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2022-0156014, FILED 08-23-2022, REG. NO. 2196320, DATED 05-17-2024, EXPIRES 05-17-2034

The wording "KWANGYA" has no meaning in a foreign language.

SER. NO. 97-567,636, FILED 08-26-2022

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# KWANGYA

**Reg. No. 7,204,285**
**Registered Oct. 31, 2023**
**Int. Cl.: 35, 38, 41**
**Service Mark**
**Principal Register**

SM ENTERTAINMENT CO., Ltd. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 35: Advertising services; Retail store services in the nature of hypermarket services; Retail department store services; Branding services, namely, management of brands for businesses and individuals; Consultancy in the field of organization, arranging and conducting of special events for commercial and promotional purposes; Commercial administration of the licensing of the goods and services of others; Presentation of goods on communication media, for retail purposes, namely, provision of home shopping services in the field of general consumer merchandise; Talent agency services in the nature of business management of performing artists; Management of performing artists; On-line auctioneering; Promoting the goods and services of others by means of operating an on-line comprehensive shopping mall with links to the retail web sites of others; Rental of vending machines; Business intermediary services for the sale and purchase of goods and services of others, namely, provision of business information in the field of the sale and purchase of goods and services of others, for commercial and advertising purposes; Compilation of information into computer databases; Publicity bureau services; Publicity agency services; Providing an Internet website portal featuring links to general consumer goods for retail purposes

CLASS 38: Providing access to databases or internet information network; Radio, television and cable television broadcasting services; Providing multiple-user access to computer platforms software programs in data networks on the internet relating to mobile communications; Mobile telecommunications services for providing multiple-user access to an Internet global computer network; Providing access to the Internet via wireless mobile phone communications; Telecommunications services, namely, transmission of sound and images between mobile telecommunications devices via wireless networks; Internet access provider services for use in providing chat lines, providing online chat rooms and providing on-line forums for transmission of messages among computer users concerning entertainment and celebrities all via the Internet; Wireless internet broadcasting; Electronic messaging services for use in the transmission of text message and video; Instant messaging services for use in the transmission of text message and video; Web messaging services for use in the transmission of text message and video; Operation of broadcasting facilities, namely, leasing of television, radio broadcasting facilities; Operation of broadcasting facilities,

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



namely, providing telecommunication services to enable the transmission of voices, sound, images, moving images and data; Interactive broadcasting and communications services, namely, interactive delivery of video over digital networks, transmission of sound and vision via interactive multimedia networks; Interactive broadcasting and communications services, namely, broadcasting live video programming via a global computer network; Transmission of online digital music via wireless communication networks, the internet; Providing online chat room and electronic bulletin boards for transmission of messages among users in the field of general interest; Internet broadcasting services; Broadcasting and electronic transmission of television programs; Providing online electronic bulletin boards, online community forums, online chat rooms for the transmission of messages among computer users concerning entertainment and education; Electronic bulletin board services for location-based social networking service (SNS)

CLASS 41: Entertainment services, namely live musical performances performed by singers; Planning arrangement of entertainment performances in the nature of movies, shows, plays, musical performances; Organization of competitions, in the nature of educational competitions and entertainment competitions, namely, esport, sport fishing, sports, speed skating, mixed martial arts, music competitions; Rental of audio musical, sound recordings; Arranging and conducting of seminars and conferences in the field of telecommunications technology, economics, fashion, intellectual property law, music, entertainment; Arranging and conducting of business conferences in the field of social media marketing, executive leadership; Arranging and conducting of exhibitions for cultural or educational purposes; Organization of exhibitions for cultural or educational purposes; Museum services; Publication of books; Arranging of firework displays for entertainment purposes; Fan club services in the nature of entertainment; Entertainment information; Provision of information relating to amusement park shows; Artists education, namely, providing classes, seminars, workshops in the field of art, music, and entertainment; Fan club services relating to entertainer; Providing facilities for movies, shows, plays, music or educational training; Rental of motion pictures; Providing amusement facilities; Instruction in the field of music practice; Providing online electronic publications, not downloadable in the nature of books, magazines, brochures, newsletters in the field of art, music, entertainment, and celebrities; Vocational training services in the field of music, art, acting, dance, and computers; Theme park services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0230973, FILED 12-17-2020, REG. NO. 1777801, DATED 09-17-2021, EXPIRES 09-17-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0230977, FILED 12-17-2020, REG. NO. 1892872, DATED 07-26-2022, EXPIRES 07-26-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0230975, FILED 12-17-2020, REG. NO. 1892850, DATED 07-26-2022, EXPIRES 07-26-2032

The wording "KWANGYA" has no meaning in a foreign language.

SER. NO. 90-474,614, FILED 01-19-2021

<div style="border:1px solid black; padding:10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# KWANGYA

**Reg. No. 7,204,284**
**Registered Oct. 31, 2023**
**Int. Cl.: 9, 16, 25**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., Ltd.  (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 9: Downloadable digital video recordings featuring music, music videos, music concerts, television shows, dramas, movies, documentaries, and current events news; Downloadable smart phone application software for use in database management, use in electronic storage of data, and for playing music, music videos, music concerts, television shows, dramas, movies, documentaries, and current events news; Electronic publications, downloadable in the nature of books, magazines, brochures, newsletters in the field of entertainment, music, art, movies, celebrities; Consumer coupons downloaded from a global computer network; Downloadable documents in the nature of tickets for event and venue access; Smart phone speakers; Sunglasses; Cases for smartphones; Phonograph records featuring music; Pre-recorded DVDs featuring music and music performances; Pre-recorded music electronic media, namely, downloadable MP3 files, audio tapes, CDs, DVDs, USB flash drives, video tapes; Earphones; Electric audio and visual apparatus and instruments, namely, amplifiers, speakers, tuners, audio tape recorders, video tape recorders, MP3 players; Wireless earsets for telephones; Computer hardware and computer peripheral devices; Contact lenses

CLASS 16: Adhesives for household purposes other than for stationery use; Printed teaching materials except apparatus in the field of entertainment, music, art, movies, celebrities; Modelling materials, namely, modelling paste, clay, compounds, wax not for dental purposes; Stationery; Office requisites, except furniture, namely, staple removers, adhesive tape dispensers, correcting tapes, fingerstalls; Books, in the nature of brag books, sticker books, memory books, sketch books, scrap books, wirebound books; Paintings and calligraphic works; Stickers; Passport cases; Printed matter, namely, printed brochures, books, newsletters, magazines in the field of entertainment, music, art, movies, celebrities; Photographs, printed; Paper; Banners of paper; Boxes of paper; Paper tissues; Party ornaments of paper; Printed publications, namely, brochures, booklets, newsletters, books, magazines, and teaching materials in the field of entertainment, music, art, movies, celebrities; Plastic film for packaging; School supplies being stationery

CLASS 25: Golfwear, namely, shorts, shirts, trousers, caps, shoes, cleats, spikes, skirts; Insoles; Underwear; Neckties; Climbing clothes, namely, jackets, pants, shoes,

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



footwear, gloves, boots; Hats; Caps being headwear; Waterproof clothing, namely, waterproof jackets, pants, footwear, boots; Wind proofing mufflers as neck scarves; Winter knit face masks being headwear; Swimsuits; Sweatbands; Scarves; Sports wear, namely, shirts, overuniforms, jackets, singlets, shoes, vests, jerseys, bras, pants, footwear; Footwear; Socks; Overcoats except wear for exclusive use for sports and Korean traditional dress; Clothing, namely, t-shirts, pants, shorts, skirts, dresses, underwear, sweaters, jackets, coats, blouses, shirts, hooded pullovers, cardigans, vests; Gloves as clothing; Belts for clothing; Hanbok being Korean traditional clothing in the nature of Korean topcoats (Durumagi), shirts (Jeogori), trousers (Baji), skirts (Chima)

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0230969, FILED 12-17-2020, REG. NO. 1777800, DATED 09-17-2021, EXPIRES 09-17-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0230971, FILED 12-17-2020, REG. NO. 1892829, DATED 07-26-2022, EXPIRES 07-26-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0230970, FILED 12-17-2020, REG. NO. 1892828, DATED 07-26-2022, EXPIRES 07-26-2032

The wording "KWANGYA" has no meaning in a foreign language.

SER. NO. 90-474,602, FILED 01-19-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# GISELLE

**Reg. No. 7,198,436**
**Registered Oct. 24, 2023**
**Int. Cl.: 9, 16, 41**
**Service Mark**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., Ltd.  (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 9: Downloadable image files containing electronic photos; downloadable music files; downloadable image files containing artwork, text, audio, video, games, Internet Web links all relating to entertainment and celebrities; phonograph records featuring music; Pre-recorded DVD featuring music and music performances; electronic media featuring music performance; pre-recorded music electronic media, namely, downloadable MP3 files, audio tapes, CDs, DVDs, USB flash drives, video tapes

CLASS 16: Notebooks; printed diaries; calendars; notepads; stationery; office requisites, except furniture, namely, staplers, staple removers, adhesive tape dispensers, correcting tapes, fingerstalls; photographic prints; stamps in the nature of postage, marking, rubber, numbering, sealing stamps; stickers; pencils; postcards and picture postcards; file folders; correspondence cards; pen and pencil boxes; school supplies being stationery

CLASS 41: Entertainment services, namely live musical performances by singers; entertainment in the nature of conducting live musical performances; conducting of performance events for cultural purposes; conducting of performance events for social entertainment purposes; conducting of performance events for entertainment purposes in the nature of mixed martial arts (MMA), dancing, sporting, athletic events; production of music videos; organization of shows and live musical concerts for entertainment purposes; arranging and conducting of meetings in the field of entertainment in the nature of conventions in the field of entertainment, and celebrities; fan club services in the nature of entertainment; entertainer performance services in the nature of musical, dance, musical band performances; entertainer services in the nature of personal appearances by a celebrity spokesperson participating as a presenter for television awards shows, live appearances by musical group, dance events by a recording artist; sound recording studios for music disc recording; entertainment services in the nature of live music performances; entertainment, namely, presentation of live music concerts

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



APPLICATION NO. 40-2020-0195878, FILED 11-03-2020, REG. NO. 1882693, DATED 06-27-2022, EXPIRES 06-27-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0195880, FILED 11-03-2020, REG. NO. 1882696, DATED 06-27-2022, EXPIRES 06-27-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0195879, FILED 11-03-2020, REG. NO. 1882695, DATED 06-27-2022, EXPIRES 06-27-2032

SER. NO. 90-336,952, FILED 11-23-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,070,939**

**Registered Jun. 06, 2023**

**Int. Cl.: 3, 5, 29, 30, 32, 33**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC
OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 3: bleaching preparations for household purposes; pre-moistened cleansing
tissues being towelettes impregnated with a detergent for cleaning; bath soaps for pets;
cosmetics for animals; false eyelashes; false nails; toothpastes

CLASS 5: Diapers for dogs; medicine cases, portable, filled being filled first-aid kits,
filled insulin injectors; food supplements consisting of minerals; vitamin and mineral
dietary supplements; fabric deodorizers, namely, deodorants for textiles; disinfectants;
nutraceuticals for use as a dietary supplement; room deodorants; dietary supplements for
pets in the nature of a powdered drink mix; digestives for pharmaceutical purposes;
lacteal flour for babies; food for babies except lacteal flour for babies; adhesive plasters
for medical purposes; pharmaceutical and veterinary preparations, namely,
cardiovascular pharmaceutical preparations, dermatological pharmaceutical products,
anti-diabetic pharmaceuticals, and preparations for relieving or controlling allergic
symptoms, pain relief, aiding digestion, strengthening the respiratory system, improving
energy and vitality, aiding sleep, reducing stress and boosting immunity; dietary
supplements for humans; paper diapers for adults and for babies; textile diapers for
adults and for babies; tissues impregnated with antibacterial preparations; enzyme
dietary supplements; portable first-aid kits

CLASS 29: Prepared meat; processed eggs; processed meat; food products made
primarily from fruits, namely, fruit-based snack food, dried fruit mixes, dried fruits,
snack mix consisting primarily of dehydrated fruits, processed nuts and also including
sesame sticks, fruit purees, preserved fruits; frozen vegetables; frozen beans; processed
beans, namely, foodstuffs excluding bean curds and foodstuffs made from bean curds;
tofu; foods prepared from bean curds, namely, tofu; food products made from worm,
namely, edible worms, not live, worm-based snack foods, prepared meals consisting
primarily of worms, and processed worm meat; seaweeds for food, preserved, being
processed edible seaweed; fish and shellfish, not live, including those frozen or
preserved with salt; food products made from fish and shellfish, namely, shellfish, not
live, crustaceans, not live, oysters, not live, octopuses, not live, dried fish and shellfish,
preserved fish, fish croquettes, canned fish, fish burger patties; processed dairy
products, namely, cream, cheese, dairy-based spreads, dairy-based beverages; milk
products, namely, milk curds, powdered milk, condensed milk, dairy-based spreads,

Katherine Kelly Vidal

**Director of the United States
Patent and Trademark Office**



dairy-based food beverages, cheese; food products made from oil and fat, namely, edible bone oil, edible oils and fats, palm oil for food, olive oil for food, margarine; processed vegetable products, namely, vegetable mousses, vegetable soup preparations, canned cut vegetables, pickled vegetables, vegetable chips, packaged vegetable-based entrees, vegetable-based snack foods, vegetable croquettes, vegetable salads, freeze dried vegetables; cheese; chicken, meat, fish croquettes; processed seaweed products, namely, processed, edible seaweed, dried edible seaweed (hoshi-wakame), seaweed drinks being allege food beverages, seaweed extracts for food

CLASS 30: Processed coffee; cereal-based processed products, namely, cereal bars, and processed cereal-based food to be used as a breakfast food, snack food or ingredient for making other foods; cereal-based snack food; confectionery, namely, confectionery made of sugar, candy and chocolate, pastilles, gum paste, frozen yogurt; honey; frozen flour-based dumplings; rice cakes; instant noodles; macarons; bread; candies; sauces; snack confectionery, namely, yogurt-covered fruit, pastilles, confectionery made of sugar, chocolate for confectionery and bread, confectionery chips for baking, candy and chocolate, yogurt-covered nuts, yogurt-covered pretzels; ice-cream; tea; beverages made of tea; chocolate; bubble gum; hot dog sandwiches being sausages in a bread roll

CLASS 32: Fruit smoothies; fruit juice; lagers; lemonades; beer; beer-based beverages in the nature of coolers and cocktails; vitamin enriched drinking water not for medical purposes; apple juice; water beverages; pomegranate juice; non-alcoholic cinnamon punch with dried persimmon, namely, Sujeonggwa; non-alcoholic beverages for prevention of hangover, not for medical purposes, namely, sports drinks containing electrolytes; functional beverages against hangover, not for medical purposes, sports drinks enhanced with vitamins; syrups, concentrates, and powders for making non-alcoholic beverages; non-alcoholic rice punch, namely, Sikhye; deep water, namely, water beverages; ale being beer; vegetable juices; syrups for making soft drinks; tonic water

CLASS 33: Kaoliang being Chinese liquor; sparkling fruit wine; Korean suspended rice-wine, namely, dongdongju; Korean traditional rice wine, namely, makgeoli; vodka; black raspberry wine, namely, bokbunjaju; brandy; champagne; Korean distilled spirits, namely, soju; whisky produced in Scotland in accordance with specific standards; alcoholic beverages, except beer; western liquor; wines; whiskey; ginseng liquor; Chinese white liquor, namely, baiganr; sake

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155490, FILED 09-03-2020, REG. NO. 1849142, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155491, FILED 09-03-2020, REG. NO. 1849160, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155505, FILED 09-03-2020, REG. NO. 1849174, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155503, FILED 09-03-2020, REG. NO. 1849173, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155504, FILED 09-03-2020, REG. NO. 1849175, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155502, FILED 09-03-2020, REG. NO. 1849172, DATED 03-25-2022, EXPIRES 03-25-2032

The mark consists of three Korean characters.

The non-Latin characters in the mark transliterate to "AESPA" and this has no meaning in a foreign language.

SER. NO. 90-334,825, FILED 11-21-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS)  Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,070,938**

**Registered Jun. 06, 2023**

**Int. Cl.: 14, 18, 20, 21, 24, 26, 28**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 14: Leather key chains; shoe jewellery; earrings; precious metals; memorial cups of precious metals; key rings of precious metals; works of art of precious metal; commemorative coins of precious metal; necklaces; rings; jewellery; jewelry brooches; jewellery boxes; jewellery cases; clocks and parts therefor; clock cases being parts of clocks; watch cases being parts of watches; women's jewelry; charms for key rings; paste jewellery; table clocks

CLASS 18: Bags, namely, handbags, all-purpose carrying bags, tote bags, hip bags, carry-on bags, book bags, beach bags, sling bags, hiking bags, shoulder bags, Boston bags, school bags; leather; boxes made of leather; backpacks; briefcases; sport bags; clothing for pets; bags for carrying pets; parasols; eco-bags being bags made of reusable material, namely, all-purpose reusable carrying bags, reusable shopping bags; travelling bags; umbrellas; imitation leather; key cases of imitation leather; purses; canes; card wallets; clutch bags; toilet bags sold empty; portable cosmetic cases sold empty

CLASS 20: Furniture; mirrors being looking glasses; mattresses; works of art of wood, wax, plaster or plastic; Korean cushions, namely, Bangsuk; pillows; hand-held flat fans; memorial tablets not of metal, namely, memorial plaques of plastic, wax or wood; furniture fittings, not of metal; chests, not of metal; non-metal name plates; sofas; kennels for household pets; pet cushions; picture frames; infant walkers; book stands; cushions; plastic boxes

CLASS 21: crockery, namely, pots, dishes, drinking cups and saucers, bowls, serving bowls and trays; mugs; buckets; bottles except vases, namely, bottles sold empty; cleaning tools and washing utensils other than electric, namely, cleaning sponges, cleaning combs, cleaning pads, cleaning rags, washing brushes, washing boards, and washing cloths; tea services being tableware; cooking pots; boxes of glass; coin banks; jugs; floss for dental purposes; toothbrushes; toothbrush holders; tumblers for use as drinking glasses; fly swatters; cosmetic utensils in the nature of cosmetic brushes, cosmetic spatulas, droppers for cosmetic purposes

CLASS 24: Furnishing fabrics; duvets; cotton fabrics; mosquito nets; blanket throws; pillow covers; beach towels; hand towels; blankets for household pets; quilts; quilt covers; woven fabrics; table decorations of textile, namely, table linen of textile, table

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



runners not of paper, table cloth of textile, and table napkins of textile; towels of textile; curtains of textile; sleeping bags; coverlets; bed covers; cushion covers

CLASS 26: Buttons; laces and embroidery; top-knots being pompoms in the nature of arts and crafts findings; decorative articles for the hair, namely, hair ribbons, ornamental hair combs, hair nets, hair sticks, hair scrunchies, hair buckles, hair clips, hair wraps, hair rods, hair barrettes, hair bows, hair ties, and hair slides; hair pins and hair grips; needles; haberdashery being dressmakers' articles, except thread, namely, fabric appliques, haberdashery ribbons and braids, beads other than for making jewelry; shoulder pads for clothing; decorative ribbons being hair ribbons, haberdashery ribbons, ribbons of textile materials; artificial Christmas garlands incorporating lights; hair bands

CLASS 28: Inflatable toys; darts; toy animals; action figure toys; conjuring apparatus being magic tricks; toy water guns; soap bubbles being toys in the nature of bubble making wand and solution sets; games, namely, board games, video game machines, game cards, puzzle games except crossword puzzles; games and playthings, namely, puppet theatres, outdoor activity game equipment sold as a unit comprising sports balls and baseball bats for playing games, ride-on game machines, electronic games for the teaching of children, tabletop games, parlour games, building games, dart games, memory games, dice games; toys being playthings, namely, beanbags in the form of playthings, children's multiple activity toys, infant toys, stuffed toys, talking toys, toy cars, and toy figures; play balls; physical exercise apparatus, other than for medical use, namely, exercise bands, training bars, sport balls, dumbbells, exercise weights, kettle bells, exercise machines, exercise benches, rowing machines, stationary cycles; voice-controlled toys, namely, stuffed toys, electric action toys, plastic character toys, toy cars, and dolls; sticks for fans and for entertainment being novelty items in the nature of toy glow sticks; inflatable balloon cheering sticks; dolls; toys, namely, plush toys, and toy robots; Korean traditional mask, namely, Tal being theatrical masks, costume masks, masquerade masks, carnival masks, and toy masks

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155493, FILED 09-03-2020, REG. NO. 1849161, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155495, FILED 09-03-2020, REG. NO. 1849164, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155496, FILED 09-03-2020, REG. NO. 1849166, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155501, FILED 09-03-2020, REG. NO. 1718978, DATED 04-22-2021, EXPIRES 04-22-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155498, FILED 09-03-2020, REG. NO. 1849168, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155500, FILED 09-03-2020, REG. NO. 1849171, DATED 03-25-2022, EXPIRES 03-25-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155497, FILED 09-03-2020, REG. NO. 1849165, DATED 03-25-2022, EXPIRES 03-25-2032

The mark consists of three Korean characters.

The non-Latin characters in the mark transliterate to "AESPA" and this has no meaning

in a foreign language.

SER. NO. 90-334,824, FILED 11-21-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,064,688**

**Registered May 30, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 25: Golfwear, namely, golf trousers, golf shirts, golf shorts, golf jumpers, golf caps, golf skirts, golf vests, and golf shoes; insoles; underwear; neckties; climbing clothes, namely, climbing trousers, climbing vests, climbing jackets, and climbing footwear; hats; waterproof clothing, namely, waterproof jackets, waterproof pants, and waterproof footwear; wind proofing mufflers being neck scarves; winter face masks being ski masks and knit face masks being headwear; swimsuits; sweatbands; scarves; sports wear, namely, sports pants, sports jerseys, sports bra, sports shirts, sports overuniforms, sports jackets, sports singlets, sports shoes, sports vests, sports shirts with short sleeves, sleeveless jerseys, sport stockings, leotards, training suits, training shoes, sweat suits, sweat shirts, sweat pants, sweat shorts, sweat jackets, wet suit, and swim suit; footwear; socks; overcoats not for exclusive use for sports and not being Korean traditional dress; clothing, namely, t-shirts, sweatshirts, sweatpants, socks, jackets, polo shirts, pants, coats, vests, jumpers, hooded sweat shirts, dresses, blouses, cardigans, sweaters, and jeans; gloves as clothing; belts; hanbok being Korean traditional clothing, namely, Korean topcoats, Korean traditional tops as clothing, Korean traditional dresses, Korean traditional skirts, Korean outer jackets worn over basic garments, Korean traditional vests and Korean traditional hats

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155499, FILED 09-03-2020, REG. NO. 1849167, DATED 03-25-2022, EXPIRES 03-25-2032

The mark consists of three Korean characters.

The non-Latin characters in the mark transliterate to "AESPA" and this has no meaning in a foreign language.

SER. NO. 90-334,816, FILED 11-21-2020

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,064,687**

**Registered May 30, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 16: Notebooks; printed diaries; calendars; notepads; stationery; office requisites, except furniture, namely, envelope sealing machines, franking machines, adhesive tape dispensers, correcting fluid for type, finger-stalls, paper embossers, paper folding machines, punches, rubber bands, staplers; stamps for seals being sealing stamps; stickers; pencils; postcards and picture postcards; file folders; correspondence cards; pen and pencil boxes; school supplies being stationery

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155494, FILED 09-03-2020, REG. NO. 1849162, DATED 03-25-2022, EXPIRES 03-25-2032

The mark consists of three Korean characters.

The non-Latin characters in the mark transliterate to "AESPA" and this has no meaning in a foreign language.

SER. NO. 90-334,811, FILED 11-21-2020

Katherine Kelly Vidal

**Director of the United States
Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,696,585**

**Registered Apr. 12, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 9: Downloadable video recordings featuring music, music videos, music concerts, and television shows, namely, comedy shows, talk shows and variety shows, dramas, and documentaries; downloadable electronic photos featuring celebrities and music album covers; downloadable digital video recordings featuring music, music videos, music concerts, and television shows in the nature of comedy shows, talk shows and variety shows, dramas, and documentaries; downloadable music files; downloadable musical sound recordings; downloadable image files containing music album covers and images of celebrities; sunglasses; phonograph records featuring music; pre-recorded DVDs featuring music and music performances; pre-recorded electronic media devices featuring music performances; pre-recorded electronic media devices featuring music, music videos, and music concerts

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0155492, FILED 09-03-2020, REG. NO. 1718974, DATED 04-22-2021, EXPIRES 04-22-2031

The mark consists of three Korean characters.

The non-Latin characters in the mark transliterate to "AESPA" and this has no meaning in a foreign language.

SER. NO. 90-334,808, FILED 11-21-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GIRLS' GENERATION

**Reg. No. 5,666,971**

**Registered Jan. 29, 2019**

**Int. Cl.: 9, 16, 24, 25**

**Trademark**

**Principal Register**

S.M. Entertainment Co., Ltd.  (KOREA, REPUBLIC OF CORPORATION)
521 Apgujeong 2-dong, Gangnam-gu
Seoul, REPUBLIC OF KOREA

CLASS 9: Sunglasses; Earphones and headphones; Cases for mobile phones; Computer application software for mobile phones, namely, software for providing social media services; Computer game software for use on mobile and cellular phones; Downloadable ring tones and graphics for mobile phones; Straps for mobile phones; Computer hardware and computer peripheral devices; Downloadable ring tones, graphics and music via a global computer network and wireless devices; Audio and video recordings featuring music and artistic performances; Downloadable electronic brochure regarding music and entertainment; Downloadable digital photographs

FIRST USE 9-1-2008; IN COMMERCE 9-4-2010

CLASS 16: Stickers; Paper tissues; Stationery; Passport covers; Boxes of paper; Paper bags; Plastic bags for packaging; Paper Halloween decorations; Paper party decorations; Trading cards; Postcards; Diary; Calendars; Caricatures; Portraits; Bromides, namely, photographs; Modelling clay; Printed publications, namely, brochures, booklets, and teaching materials in the field of entertainment

FIRST USE 9-1-2008; IN COMMERCE 9-4-2010

CLASS 24: Towels; Face towels of textile; Hand towels; Bath towels; Beach towels; Bed blankets; Bed covers; Covers for cushions; Mattress covers; Quilts; Bed sheets; Pillow covers; Mosquito nets

FIRST USE 9-1-2008; IN COMMERCE 9-4-2010

CLASS 25: Suits; Dresses; Shirts; Caps; Jeans; Sport coats; Sport shirts; Sport stockings; Sports bra; Sports caps and hats; Sports jackets; Sports Jerseys; Sports pants; Footwear; Infant Wear; Belts; Coats; T-shirts

FIRST USE 9-1-2008; IN COMMERCE 9-4-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "GIRLS'"

SER. NO. 87-120,076, FILED 07-28-2016



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# 소녀시대

**Reg. No. 5,666,970**

**Registered Jan. 29, 2019**

**Int. Cl.: 9, 16, 24, 25**

**Trademark**

**Principal Register**

S.M. Entertainment Co., Ltd. (KOREA, REPUBLIC OF CORPORATION)
521 Apgujeong 2-dong, Gangnam-gu
Seoul, REPUBLIC OF KOREA

CLASS 9: Sunglasses; Earphones and headphones; Cases for mobile phones; Computer application software for mobile phones, namely, software for providing social media services; Computer game software for use on mobile and cellular phones; Downloadable ring tones and graphics for mobile phones; Straps for mobile phones; Computer hardware and computer peripheral devices; Downloadable ring tones, graphics and music via a global computer network and wireless devices; Audio and video recordings featuring music and artistic performances; Downloadable electronic brochure regarding music and entertainment; Downloadable digital photographs

FIRST USE 9-1-2008; IN COMMERCE 9-4-2010

CLASS 16: Stickers; Paper tissues; Stationery; Passport covers; Boxes of paper; Paper bags; Plastic bags for packaging; Paper Halloween decorations; Paper party decorations; Trading cards; Postcards; Diary; Calendars; Caricatures; Portraits; Bromides, namely, photographs; Modelling clay; Printed publications, namely, brochures, booklets, and teaching materials in the field of entertainment

FIRST USE 9-1-2008; IN COMMERCE 9-4-2010

CLASS 24: Towels; Face towels of textile; Hand towels; Bath towels; Beach towels; Bed blankets; Bed covers; Covers for cushions; Mattress covers; Quilts; Bed sheets; Pillow covers; Mosquito nets

FIRST USE 9-1-2008; IN COMMERCE 9-4-2010

CLASS 25: Suits; Dresses; Shirts; Caps; Jeans; Sport coats; Sport shirts; Sport stockings; Sports bra; Sports caps and hats; Sports jackets; Sports Jerseys; Sports pants; Footwear; Infant Wear; Belts; Coats; T-shirts

FIRST USE 9-1-2008; IN COMMERCE 9-4-2010

The mark consists of four Korean characters which transliterate to "So Nyeo Si Dae".

No claim is made to the exclusive right to use the following apart from the mark as shown: THE NON-LATIN CHARACTERS THAT TRANSLATE TO "SO NYEO"

The non-Latin characters in the mark transliterate to "So Nyeo Si Dae" and this means "Girls' generation" in English.

SER. NO. 87-120,052, FILED 07-28-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# RISE&REALIZE RIIZE

**Reg. No. 7,790,124**
**Registered May 13, 2025**
**Int. Cl.: 9, 14, 16, 25, 28**
**Trademark**
**Principal Register**

SM Entertainment Co., Ltd.  (REPUBLIC OF KOREA CORPORATION)
83-21, Wangsimni-ro, Seongdong-gu
Seoul, REPUBLIC OF KOREA 04769

CLASS 9: Prerecorded videotapes featuring music; phonograph records featuring music; downloadable music files; downloadable digital music provided from MP3 Internet websites; pre-recorded optical and magneto-optical discs of music, machine readable; pre-recorded video discs of music; pre-recorded audio and video tapes of music; pre-recorded vinyl records featuring musical sound recordings; musical video recordings; pre-recorded CDs featuring music and music performances; pre-recorded DVDs featuring music; downloadable digital music files authenticated by non-fungible tokens (NFTs); downloadable multimedia file containing audio, video and text relating to music; prerecorded motion picture videos featuring music; downloadable video files featuring music; downloadable electronic album featuring music; recorded electronic documents, namely, electronic paper displays; electronic publications, downloadable in the nature of books and magazines featuring music; downloadable electronic publications in the nature of books and magazines featuring pop culture; sunglasses

CLASS 14: Key rings of precious metals; metal key rings; leather key rings; charms for key rings; jewelry made of precious metals; earrings; rings being jewelry; necklaces; bracelets being jewelry; ornaments of precious metal in the nature of jewelry; badges of precious metal; belt ornaments of precious metal in the nature of jewelry; jewelry charms; jewelry chains; tie pins; medals; ornamental lapel pins; ankle bracelets; brooches being jewelry; pendants; jewelry cases; memorial cups being commemorative statuary cups of precious metals

CLASS 16: Paper and cardboard; paper gift wrap; packing paper; paper; stickers; printed notebooks; sticker albums; note paper; stationery; photo albums; writing instruments; letter paper; memory books; school supplies being stationery; printed diary; printed posters; printed matter, namely, art prints, printed postcards, printed stationery, printed photographs, printed calendars, printed emblems, printed greeting cards, printed events programmes, printed birthday cards, printed music sheets, printed anniversary books, printed patterns for costumes, and collectible printed trading cards; photographic prints; printed photographs; books, namely, printed autograph books, printed books in the field of fiction, memory books and printed non-fiction books on a variety of topics

CLASS 25: Footwear; leather shoes; slippers; training shoes; sandals; shoes; sport



Acting Director of the United States Patent and Trademark Office

shirts; bathing suits; clothing, namely, shirts, hats, leggings, sweat shirts, pants and training suits; uniforms; jackets being clothing; outerclothing, namely, jackets and hoodies; panties, shorts and briefs; tee-shirts; undergarments; socks; caps being headwear; sports caps and hats; fashion hats; fedoras; wind proofing mufflers as neck scarves; sweatbands; gloves for apparel

CLASS 28: Costume masks; toys being playthings, namely, plush toys; dolls; water toys; toy building blocks; toy watches; electronic action toys; balls for play; model cars; robotic toys; games and playthings, namely, board games, card games, dart games, dice games, electronic games for the teaching of children, parlor games, party games, puzzle games, pinball games, role-playing games, trading card games, construction toys, drawing toys, electronic action toys, electronic learning toys, electronic toy vehicles, mechanical toys, inflatable toys, musical toys, plastic character toys, talking toys and water toys; toy LED light and glow sticks for fans and for entertainment being novelty items; inflatable balloon cheering sticks; cheerleading pom-poms; party balloons; puzzles, namely, jigsaw puzzles, manipulative puzzles, mosaic puzzles and cube-type puzzles; home video game machines; video game machines

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0091882, FILED 05-24-2023, REG. NO. 40-2261752, DATED 10-15-2024, EXPIRES 10-15-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0091883, FILED 05-24-2023, REG. NO. 40-2140623, DATED 01-15-2024, EXPIRES 01-15-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0091886, FILED 05-24-2023, REG. NO. 40-2184481, DATED 04-18-2024, EXPIRES 04-18-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0091885, FILED 05-24-2023, REG. NO. 40-2140624, DATED 01-15-2024, EXPIRES 01-15-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0091884, FILED 05-24-2023, REG. NO. 40-2261753, DATED 10-15-2024, EXPIRES 10-15-2034

SER. NO. 98-081,471, FILED 07-12-2023

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# CRUCIALIZE

**Reg. No. 7,658,196**

**Registered Jan. 21, 2025**

**Int. Cl.: 9, 14, 16, 25, 28, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

SM Entertainment Co., Ltd.  (REPUBLIC OF KOREA CORPORATION)
83-21, Wangsimni-ro, Seongdong-gu,
Seoul, REPUBLIC OF KOREA 04769

CLASS 9: Prerecorded videotapes featuring music; phonograph records featuring music; downloadable music files; downloadable digital music provided from MP3 Internet websites; pre-recorded optical and magneto-optical discs of music, machine readable; prerecorded video discs of music; pre-recorded audio and video tapes of music; pre-recorded vinyl records featuring musical sound recordings; musical video recordings; pre-recorded CDs featuring music and music performances; pre-recorded DVDs featuring music; downloadable digital music files authenticated by non-fungible tokens (NFTs); downloadable multimedia file containing audio, video and text relating to music; prerecorded motion picture videos featuring music; downloadable video files featuring music; downloadable electronic album featuring music; recorded electronic documents, namely, electronic paper displays; electronic publications, downloadable in the nature of books and magazines featuring music; downloadable electronic publications in the nature of books and magazines featuring pop culture; sunglasses

CLASS 14: Key rings of precious metals; metal key rings; leather key rings; charms for key rings; jewelry made of precious metals; earrings; rings being jewelry; necklaces; bracelets being jewelry; ornaments of precious metal in the nature of jewelry; badges of precious metal; belt ornaments of precious metal in the nature of jewelry; jewelry charms; jewelry chains; tie pins; medals; ornamental lapel pins; ankle bracelets; brooches being jewelry; pendants; jewelry cases; memorial cups being commemorative statuary cups of precious metals

CLASS 16: Paper and cardboard; paper gift wrap; packing paper; paper; stickers; printed notebooks; sticker albums; note paper; stationery; photo albums; writing instruments; letter paper; memory books; school supplies being stationery; printed diary; printed posters; printed matter, namely, art prints, printed postcards, printed stationery, printed photographs, printed calendars, printed emblems, printed greeting cards, printed events programmes, printed birthday cards, printed music sheets, printed anniversary books, printed patterns for costumes, and collectible printed trading cards; photographic prints; printed photographs; books, namely, printed autograph books, printed books in the field of fiction, memory books and printed non-fiction books on a variety of topics

CLASS 25: Footwear; leather shoes; slippers; training shoes; sandals; shoes; sport



Acting Director of the United States Patent and Trademark Office

shirts; bathing suits; clothing, namely, shirts, hats, leggings, sweat shirts, pants and training suits; uniforms; jackets being clothing; outerclothing, namely, jackets and hoodies; panties, shorts and briefs; tee-shirts; undergarments; socks; caps being headwear; sports caps and hats; fashion hats; fedoras; wind proofing mufflers as neck scarves; sweatbands ; gloves for apparel

CLASS 28: Costume masks; toys being playthings, namely, plush toys; dolls; water toys; toy building blocks; toy watches; electronic action toys; balls for play; model cars; robotic toys; games and playthings, namely, board games, card games, dart games, dice games, electronic games for the teaching of children, parlor games, party games, puzzle games, pinball games, role-playing games, trading card games, construction toys, drawing toys, electronic action toys, electronic learning toys, electronic toy vehicles, mechanical toys, inflatable toys, musical toys, plastic character toys, talking toys and water toys; toy LED light and glow sticks for fans and for entertainment being novelty items; inflatable balloon cheering sticks; cheerleading pom-poms; party balloons; puzzles, namely, jigsaw puzzles, manipulative puzzles, mosaic puzzles and cube-type puzzles; home video game machines; video game machines

CLASS 35: Advertising services; advertising, marketing and publicity services; publicity services; marketing services; business administration of consumer loyalty programs; promotion of musical concerts of others; organization of art exhibitions for commercial or advertising purposes; arranging and conducting of art exhibitions for commercial or advertising purposes; talent agency services in the nature of business management of performing artists; business management of performing artists; brand management, namely, consulting, development, management and marketing of brands for businesses and/or individuals; business management of musical performers; wholesale ordering services in the field of phonograph records featuring music, musical video recordings, stationery, dolls, toys, clothing, caps, and bags; administrative processing of purchase orders; providing office functions; promoting the goods and services by means of others by operating an on-line comprehensive shopping mall; business intermediary services relating to mail order by telecommunications, namely, order fulfillment services; Providing television home shopping services in the field of general consumer merchandise; import and export agencies; arranging subscriptions of the online publications of others; virtual secretarial services, namely, telephone answering and message handling services; compilation of information into computer databases

CLASS 38: Electronic transmission of information via the internet; providing access to databases; providing access to platforms on the Internet, as well as on the mobile Internet; electronic transmission and streaming of digital media content for others via global and local computer networks; electronic transmission of data, audio, video and multimedia files, including downloadable files and files streamed over a global computer network; providing access to chat lines, chatrooms and forums via mobile Internet; electronic transmission of text message and video; providing online chat room and electronic bulletin board service; providing access to databases for social networking service (SNS); providing access to an online virtual community forum via the internet and mobile; providing on-line electronic bulletin boards for transmission of messages among computer users concerning music; delivery of digital music by electronic transmission; providing internet chatrooms for location-based social networking service (SNS); streaming of audio, visual, and audio visual material being movies, music, videos, games, and television program via the Internet; broadcasting and transmission of television programs; interactive broadcasting and communications services, namely, interactive delivery of video over digital networks; internet broadcasting services; radio, television and cable radio and television broadcasting services; wireless internet broadcasting; operation of broadcasting facilities

CLASS 41: Entertainer performance services, namely, live musical performances; production of DVD music videos; production of live entertainment, namely, dancing performances and musical performances; recording, production and distribution of films, video and audio recordings, radio and television programs; production of music

videos; entertainment services performed by singers, namely, live musical performances; planning of entertainment performances, namely, special event planning for social entertainment purposes; entertainment services in the form of performances by singers; production and distribution, other than transportation, of audio recordings; arranging, conducting and organization of concerts; arranging and conducting of auditions for singers, namely, presentation of musical performances; provision of information relating to planning live entertainment performances; conducting of entertainment performances in the nature of live visual and audio performances, namely, musical band, rock group, gymnastic, dance and ballet performances; production of music performances; production of audio recordings; music recording services; provision of information relating to entertainment, music, live performances and entertainment events; providing information in the field of entertainment; fan club services in the nature of entertainment; entertainer services, namely, live musical performances

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198529, FILED 11-02-2023, REG. NO. 40-2165257, DATED 03-08-2024, EXPIRES 03-08-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198530, FILED 11-02-2023, REG. NO. 40-2165258, DATED 03-08-2024, EXPIRES 03-08-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198531, FILED 11-02-2023, REG. NO. 40-2165259, DATED 03-08-2024, EXPIRES 03-08-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198536, FILED 11-02-2023, REG. NO. 40-2178784, DATED 04-04-2024, EXPIRES 04-04-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198533, FILED 11-02-2023, REG. NO. 40-2165261, DATED 03-08-2024, EXPIRES 03-08-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198534, FILED 11-02-2023, REG. NO. 40-2178782, DATED 04-04-2024, EXPIRES 04-04-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198535, FILED 11-02-2023, REG. NO. 40-2178783, DATED 04-04-2024, EXPIRES 04-04-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0198532, FILED 11-02-2023, REG. NO. 40-2165260, DATED 03-08-2024, EXPIRES 03-08-2034

SER. NO. 98-263,106, FILED 11-09-2023

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,638,947**

**Registered Jan. 07, 2025**

**Int. Cl.: 14, 28, 35, 38**

**Service Mark**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD.  (REPUBLIC OF KOREA CORPORATION)
83-21, Wangsimni-ro, Seongdong-gu
Seoul, REPUBLIC OF KOREA 04769

CLASS 14: Clocks; watch straps; watch cases being parts of watches; watches containing an electronic game function; jewellery made of precious metals; necklaces; earrings; rings being jewelry; badges of precious metal; jewellery brooches

CLASS 28: Toys being playthings, namely, LED light sticks, glow sticks, plush toys, beanbags in the form of playthings, children's multiple activity toys, infant toys, stuffed toys, talking toys, toy cars, and toy figures; dolls; toys, namely, stuffed toys, electric action toys, plastic character toys, toy cars; toy sticks with glow-in-the-dark features; toy LED light sticks for fans and for entertainment being novelty items; games, namely, board games, video game machines, game cards, puzzle board games except crossword puzzles, tabletop games, parlour games, building games, dart games, memory games, dice games; video gaming machines and electronic game apparatus adapted for use with an external display screen or monitor; trading cards for games; board games; party balloons

CLASS 35: Advertising and promotional services; providing television home shopping services in the field of general consumer merchandise; affiliate marketing; business management of entertainers; commercial intermediation services in the nature of services relating to the matching of various professionals with clients; commercial intermediation services, namely, mediation of commercial transactions for others; news clipping services; appointment scheduling services; secretarial services, namely, telephone answering and message handling services; secretarial services; business intermediary services relating to mail order by telecommunications, namely, order fulfillment services; business intermediary services relating to mail order by telecommunications, namely, electronic processing of orders for others

CLASS 38: Providing access to platforms on the Internet, as well as on the mobile Internet; providing access to electronic information, communication and transaction platforms on the Internet; providing access to multimedia content on-line; electronic transmission and streaming of digital media content for others via global and local computer networks; transmission of information via applications for smart phones by national and international networks; electronic bulletin board services for social network services; internet broadcasting services; streaming of live audio, video, audiovisual



*Denick L. Brant*

Acting Director of the United States Patent and Trademark Office

material accessible via home pages on the internet; broadcasting of multimedia content programs via the Internet

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0185804, FILED 10-16-2023, REG. NO. 2172979, DATED 03-25-2024, EXPIRES 03-25-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0185807, FILED 10-16-2023, REG. NO. 2172986, DATED 03-25-2024, EXPIRES 03-25-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0185806, FILED 10-16-2023, REG. NO. 2172984, DATED 03-25-2024, EXPIRES 03-25-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 40-2023-0185805, FILED 10-16-2023, REG. NO. 2172982, DATED 03-25-2024, EXPIRES 03-25-2034

The mark consists of the stylized wording "naevis" where the letters "ae" are connected to each other.

SER. NO. 98-235,381, FILED 10-23-2023

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PINKBLOOD

**Reg. No. 7,629,270**

**Registered Dec. 31, 2024**

**Int. Cl.: 29, 30, 32**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD. (REPUBLIC OF KOREA CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 29: Prepared meat; processed eggs; processed meat; food products made primarily from fruits, namely, fruit-based snack food, dessert made of fruits in particular stewed fruit, arrangements of cut fruit, canned fruits, and sliced fruits, dried fruit mixes, dried fruits, snack mix consisting primarily of dehydrated fruits, processed nuts, fruit purees, preserved fruits; frozen vegetables; frozen beans; processed beans, namely, foodstuffs excluding bean curds and foodstuffs made from bean curds; tofu; foods prepared from bean curds, namely, tofu; food products made from worm, namely, edible worms, not live, worm-based snack foods, prepared meals consisting primarily of worms, and processed worm meat; edible seaweeds for food, preserved; fish and shellfish, not live, namely, frozen fish and shellfish, and fish and shellfish preserved with salt; food products made from fish and shellfish, namely, shellfish, not live, crustaceans, not live, oysters, not live, octopuses, not live, dried fish and shellfish, preserved fish, fish croquettes, canned fish, fish burger patties; processed dairy products, namely, cream, cheese, dairy-based spreads, dairy-based beverages; milk products, namely, dairy-based spreads, dairy-based food beverages, cheese; food products made from oil and fat, namely, olive oil, margarine, edible oils and fats; processed vegetable products, namely, canned cut vegetables, pickled vegetables, vegetable chips, packaged vegetable-based entrees, vegetable-based snack foods, vegetable croquettes, vegetable salads, freeze dried vegetables; cheese; chicken, meat, fish croquettes; processed seaweed products, namely, processed, edible seaweed, dried edible seaweed (hoshi-wakame), seaweed drinks being algae food beverages

CLASS 30: Processed coffee beans; cereal-based processed products, namely, processed cereal-based food to be used as a breakfast food, snack food or ingredient for making other foods, cereal bars; cereal-based snack food; confectionery, namely, confectionery made of sugar; candy and chocolate; honey; frozen fish, sweet, meat, and Korean-style flour-based dumplings; rice cakes; instant noodles; macarons; bread; candies; sauces; snack confectionery, namely, yogurt covered fruit, pastilles, confectionery made of sugar, chocolate for confectionery and bread, confectionery chips for baking, candy, and chocolate; ice-cream; tea; beverages made of tea; chocolate; bubble gum; hot dog sandwiches being sausages in a bread roll; sesame sticks



Acting Director of the United States Patent and Trademark Office

CLASS 32: Fruit smoothies; fruit juice; lemonades; vitamin enriched water being drinking water beverages, not for medical purposes; apple juice; water beverages; non-alcoholic cinnamon punch with dried persimmon, namely, Sujeonggwa; non-alcoholic beverages for prevention of hangover, not for medical purposes, namely, sports drinks containing electrolytes; functional beverages against hangover, not for medical purposes, namely, sports drinks enhanced with vitamins; syrups and other preparations for making beverages, namely, powders used in the preparation of isotonic sports drinks and sports beverages, syrups for making nonalcoholic fruit-flavored beverages, fruit juice beverages, vegetable juice beverages, carbonated beverages, water beverages, isotonic beverages, protein-enriched sports beverages; non-alcoholic rice punch, namely, Sikhye; deep water being water beverages; vegetable juices; syrups for making soft drinks; mineral and aerated water; sports drinks; soft drinks, namely, sodas

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 4020220125573, FILED 07-06-2022, REG. NO. 2144570, DATED 01-23-2024, EXPIRES 01-23-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 4020220125575, FILED 07-06-2022, REG. NO. 2144571, DATED 01-23-2024, EXPIRES 01-23-2034

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 4020220125574, FILED 07-06-2022, REG. NO. 2144569, DATED 01-23-2024, EXPIRES 01-23-2034

OWNER OF U.S. REG. NO. 6743753

SER. NO. 97-500,977, FILED 07-13-2022

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

**SM Culture Technology**

**Reg. No. 7,209,829**
**Registered Nov. 07, 2023**
**Int. Cl.: 9, 16, 25, 35**
**Service Mark**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., Ltd.  (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 9: Downloadable digital video recordings featuring music, music videos, music concerts, television shows, dramas, movies, documentaries, and current events news; Downloadable smart phone application software for use in database management, use in electronic storage of data, and for playing music, music videos, music concerts, television shows, dramas, movies, documentaries, and current events news; Electronic publications, downloadable in the nature of books, magazines, brochures, newsletters in the field of entertainment, music, art, movies, celebrities; Consumer coupons downloaded from a global computer network; Downloadable documents in the nature of tickets for event and venue access; Smart phone speakers; Sunglasses; Cases for smartphones; Phonograph records featuring music; Pre-recorded DVDs featuring music and music performances; Pre-recorded music electronic media, namely, downloadable MP3 files, audio tapes, CDs, DVDs, USB flash drives, video tapes; Earphones; Electric audio and visual apparatus and instruments, namely, amplifiers, speakers, tuners, audio tape recorders, video tape recorders, MP3 players; Electric batteries; Wireless earsets for telephones; Battery charging cables; Computer hardware and computer peripheral devices; Contact lenses; Protective helmets

CLASS 16: Adhesives for household purposes other than for stationery use; Printed teaching materials except apparatus in the field of entertainment, music, art, movies, celebrities; Modelling materials, namely, modelling paste, clay, compounds, wax not for dental purposes; Stationery; Office requisites, except furniture, namely, staple removers, adhesive tape dispensers, correcting tapes, fingerstalls; Books, in the nature of brag books, sticker books, memory books, sketch books, scrap books, wirebound books; Paintings and calligraphic works; Stickers; Passport cases; Printed matter, namely, printed brochures, books, newsletters, magazines in the field of entertainment, music, art, movies, celebrities; Photographs, printed; Paper; Banners of paper; Boxes of paper; Paper tissues; Party ornaments of paper; Printed publications, namely, brochures, booklets, newsletters, books, magazines, and teaching materials in the field of entertainment, music, art, movies, celebrities; Plastic film for packaging; School supplies being stationery

CLASS 25: Golfwear, namely, shorts, shirts, trousers, caps, shoes, cleats, spikes, skirts; Insoles; Underwear; Neckties; Climbing clothes, namely, jackets, pants, shoes, footwear, gloves, boots; Hats; Caps being headwear; Waterproof clothing, namely, waterproof jackets, pants, footwear, boots; Wind proofing mufflers as neck scarves; Winter knit face masks being headwear; Swimsuits; Sweatbands; Scarves; Sports wear, namely, shirts, overuniforms, jackets, singlets, shoes, vests, jerseys, bras, pants, footwear; Footwear; Socks; Overcoats except wear for exclusive use for sports and Korean traditional dress; Clothing, namely, t-shirts, pants, shorts, skirts, dresses,

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



underwear, sweaters, jackets, coats, blouses, shirts, hooded pullovers, cardigans, vests; Gloves as clothing; Belts for clothing; Hanbok being Korean traditional clothing in the nature of Korean topcoats (Durumagi), shirts (Jeogori), trousers (Baji), skirts (Chima)

CLASS 35: Advertising services; Retail store services in the nature of hypermarket services; Retail department store services; Branding services, namely, management of brands for businesses and individuals; Providing office functions; Business management services, namely, managing office functions in the nature of copying, printing for others; Consultancy in the field of organization, arranging and conducting of special events for commercial and promotional purposes; Commercial administration of the licensing of the goods and services of others; Presentation of goods on communication media, for retail purposes, namely, provision of home shopping services in the field of general consumer merchandise; Import-export agency services; Talent agency services in the nature of business management of performing artists; Management of performing artists; On-line auctioneering; Arranging subscriptions of the online publications of others; Promoting the goods and services of others by means of operating an on-line comprehensive shopping mall with links to the retail web sites of others; Rental of vending machines; Business intermediary services for the sale and purchase of goods and services of others, namely, provision of business information in the field of the sale and purchase of goods and services of others, for commercial and advertising purposes; Telephone answering and message handling services; Compilation of information into computer databases; Publicity bureau services; Publicity agency services

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224715, FILED 12-09-2020, REG. NO. 1863827, DATED 05-04-2022, EXPIRES 05-04-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224719, FILED 12-09-2020, REG. NO. 1863326, DATED 05-03-2022, EXPIRES 05-03-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224717, FILED 12-09-2020, REG. NO. 1863319, DATED 05-03-2022, EXPIRES 05-03-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224716, FILED 12-09-2020, REG. NO. 1863314, DATED 05-03-2022, EXPIRES 05-03-2032

The mark consists of a series of curvy lines that form stylized wording "SM" and a circle underneath the letter "M," followed by the wordings "CULTURE TECHNOLOGY".

OWNER OF U.S. REG. NO. 6083801, 5993383, 5993384

No claim is made to the exclusive right to use the following apart from the mark as shown: "CULTURE" FOR INTERNATIONAL CLASS 025 AND "TECHNOLOGY"

SER. NO. 90-474,626, FILED 01-19-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# NINGNING

**Reg. No. 7,198,435**

**Registered Oct. 24, 2023**

**Int. Cl.: 9, 16, 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., Ltd. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 9: Downloadable image files containing electronic photos; downloadable music files; downloadable image files containing artwork, text, audio, video, games, Internet Web links all relating to entertainment and celebrities; sunglasses; phonograph records featuring music; Pre-recorded DVD featuring music and music performances; electronic media featuring music performance; pre-recorded music electronic media, namely, downloadable MP3 files, audio tapes, CDs, DVDs, USB flash drives, video tapes

CLASS 16: Notebooks; printed diaries; calendars; notepads; stationery; office requisites, except furniture, namely, staplers, staple removers, adhesive tape dispensers, correcting tapes, fingerstalls; photographic prints; stamps in the nature of postage, marking, rubber, numbering, sealing stamps; stickers; pencils; postcards and picture postcards; file folders; correspondence cards; pen and pencil boxes; school supplies being stationery

CLASS 25: Golfwear, namely, shorts, shirts, trousers, caps, shoes, cleats, spikes, skirts; insoles; underwear; neckties; climbing clothes, namely, jackets, pants, shoes, footwear, gloves, boots; hats; waterproof clothing, namely, waterproof jackets, pants, footwear, boots; wind proofing mufflers as neck scarves; winter knit face masks being headwear; swimsuits; sweatbands; scarves; sports wear, namely, shirts, overuniforms, jackets, singlets, shoes, vests, jerseys, bras, pants, footwear; footwear; socks; overcoats except wear for exclusive use for sports and Korean traditional dress; clothing, namely, t-shirts, pants, shorts, skirts, dresses, underwear, sweaters, jackets, coats, blouses, shirts, hooded pullovers, cardigans, vests; gloves as clothing; belts for clothing; hanbok being Korean traditional clothing in the nature of Korean topcoats (Durumagi), shirts (Jeogori), trousers (Baji), skirts (Chima)

CLASS 41: Entertainment services, namely live musical performances by singers; entertainment in the nature of conducting live musical performances; conducting of performance events for cultural purposes; conducting of performance events for social entertainment purposes; conducting of performance events for entertainment purposes in the nature of mixed martial arts (MMA), dancing, sporting, athletic events; production of music videos; organization of shows and live musical concerts for entertainment purposes; arranging and conducting of meetings in the field of entertainment in the

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



nature of conventions in the field of entertainment, and celebrities; fan club services in the nature of entertainment; entertainer performance services in the nature of musical, dance, musical band performances; entertainer services in the nature of personal appearances by a celebrity spokesperson participating as a presenter for television awards shows, live appearances by musical group, dance events by a recording artist; sound recording studios for music disc recording; entertainment services in the nature of live music performances; entertainment, namely, presentation of live music concerts

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0195885, FILED 11-03-2020, REG. NO. 1882700, DATED 06-27-2022, EXPIRES 06-27-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0195888, FILED 11-03-2020, REG. NO. 1882704, DATED 06-27-2022, EXPIRES 06-27-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0195887, FILED 11-03-2020, REG. NO. 1882705, DATED 06-27-2022, EXPIRES 06-27-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0195886, FILED 11-03-2020, REG. NO. 1882703, DATED 06-27-2022, EXPIRES 06-27-2032

SER. NO. 90-336,941, FILED 11-23-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SMCU

**Reg. No. 7,045,661**
**Registered May 09, 2023**
**Int. Cl.: 9, 16, 25, 35**
**Service Mark**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 9: Downloadable digital video recordings featuring music, music videos, music concerts, television shows in the nature of talk shows and variety shows, dramas, movies, documentaries, and current events news; Downloadable computer application software for mobile phones for use in database management, use in electronic storage of data, and for playing music, music videos, music concerts, television shows in the nature of talk shows and variety shows, dramas, movies, documentaries, and current events news; Downloadable electronic publications in the nature of books, magazines, brochures, newsletters in the field of entertainment, music, art, movies, and celebrities; Consumer coupons downloaded from a global computer network; Downloadable electronic tickets for event entry or venue access; Audio speakers for use with smart phones; Sunglasses; Cases for smartphones; Phonograph records featuring music; DVDs featuring music and music performances; Pre-recorded electronic media devices featuring music; Earphones; Electric audio and visual apparatus and instruments, namely, amplifiers, audio speakers, stereo tuners, audio tape recorders, video tape recorders, MP3 players; Electric batteries; Wireless earphones for telephones; Battery charging cables; Computer hardware and computer peripheral devices; Contact lenses; Protective helmets

CLASS 16: Adhesives for household purposes other than for stationery use; Paper and printed teaching materials except apparatus in the field of entertainment, music, art, movies, and celebrities; Modelling materials, namely, modelling paste, clay, compounds, wax not for dental purposes; Stationery; Office requisites, except furniture, namely, staple removers, adhesive tape dispensers, correcting tapes for stationery use, fingerstalls for office use; Printed books in the field of entertainment, music, art, movies, and celebrities; Paintings and calligraphic works; Stickers; Passport cases; Printed matter, namely, printed brochures, books, newsletters, magazines in the field of entertainment, music, art, movies, and celebrities; Printed photographs; Paper; Banners of paper; Boxes of paper; Paper tissues; Party ornaments of paper; Printed publications in the nature of brochures, booklets, newsletters, books, magazines, and teaching materials in the field of entertainment, music, art, movies, celebrities; Plastic film for packaging; School supplies being stationery

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



CLASS 25: Golfwear, namely, shorts, shirts, trousers, caps being headwear, shoes, golf cleats, golf spikes, skirts; Insoles; Underwear; Neckties; Climbing clothes, namely, jackets, pants, shoes, footwear, gloves, boots; Hats; Caps being headwear; Waterproof clothing, namely, waterproof jackets, pants, footwear, boots; Wind proofing mufflers as neck scarves; Winter knit face masks being headwear; Swimsuits; Sweatbands; Scarves; Sports wear, namely, shirts, overuniforms, jackets, singlets, shoes, vests, jerseys, bras, pants, footwear; Footwear; Socks; Overcoats except wear for exclusive use for sports and Korean traditional dress; Clothing, namely, t-shirts, pants, shorts, skirts, dresses, underwear, sweaters, jackets, coats, blouses, shirts, hooded pullovers, cardigans, vests; Gloves as clothing; Belts for clothing; Hanbok being Korean traditional clothing in the nature of Korean topcoats (Durumagi), shirts (Jeogori), trousers (Baji), skirts (Chima)

CLASS 35: Advertising services; Retail services provided by hypermarket services, namely, hypermarkets; Retail department store services; Branding services, namely management of brands for businesses and/or individuals; Providing office functions; Consultancy in the nature of organization, arranging and conducting of special events for commercial and promotional purposes; Commercial administration of the licensing of the goods and services of others; Presentation of goods on communication media, for retail purposes, namely, provision of home shopping services in the field of general consumer merchandise; Import-export agency services; Talent agency services in the nature of business management of performing artists; Management of performing artists; On-line auctioneering; Arranging subscriptions of the online publications of others; Promoting the goods and services of others by means of operating an on-line comprehensive shopping mall with links to the retail web sites of others; Rental of vending machines; Business intermediary services relating to mail order by telecommunications, namely, administrative processing of purchase orders within the framework of services provided by mail-order companies; Telephone answering and message handling services; Compilation of information into computer databases; Publicity services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224766, FILED 12-09-2020, REG. NO. 1854035, DATED 04-07-2022, EXPIRES 04-07-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224770, FILED 12-09-2020, REG. NO. 1854049, DATED 04-07-2022, EXPIRES 04-07-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224768, FILED 12-09-2020, REG. NO. 1854038, DATED 04-07-2022, EXPIRES 04-07-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224767, FILED 12-09-2020, REG. NO. 1854036, DATED 04-07-2022, EXPIRES 04-07-2032

SER. NO. 90-474,703, FILED 01-19-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,033,477**

**Registered Apr. 25, 2023**

**Int. Cl.: 9, 16, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 9: Downloadable digital video recordings featuring music, music videos, music concerts, television shows in the nature of talk shows and variety shows, dramas, movies, documentaries, and current events news; Downloadable computer application software for mobile phones for use in database management, use in electronic storage of data, and for playing music, music videos, music concerts, television shows in the nature of talk shows and variety shows, dramas, movies, documentaries, and current events news; Downloadable electronic publications in the nature of books, magazines, brochures, newsletters in the field of entertainment, music, art, movies, and celebrities; Consumer coupons downloaded from a global computer network; Downloadable electronic tickets for event entry or venue access; Audio speakers for use with smart phones; Sunglasses; Cases for smartphones; Phonograph records featuring music; DVDs featuring music and music performances; Pre-recorded electronic media devices featuring music; Earphones; Electric audio and visual apparatus and instruments, namely, amplifiers, audio speakers, stereo tuners, audio tape recorders, video tape recorders, MP3 players; Electric batteries; Wireless earphones for telephones; Battery charging cables; Computer hardware and computer peripheral devices; Contact lenses; Protective helmets

CLASS 16: Adhesives for household purposes other than for stationery use; Paper and printed teaching materials except apparatus in the field of entertainment, music, art, movies, and celebrities; Modelling materials, namely, modelling paste, clay, compounds, wax not for dental purposes; Stationery; Office requisites, except furniture, namely, staple removers, adhesive tape dispensers, correcting tapes for stationery use, fingerstalls for office use; Printed books in the field of entertainment, music, art, movies, and celebrities; Paintings and calligraphic works; Stickers; Passport cases; Printed matter, namely, printed brochures, books, newsletters, magazines in the field of entertainment, music, art, movies, and celebrities; Printed photographs; Paper; Banners of paper; Boxes of paper; Paper tissues; Party ornaments of paper; Printed publications in the nature of brochures, booklets, newsletters, books, magazines, and teaching materials in the field of entertainment, music, art, movies, celebrities; Plastic film for packaging; School supplies being stationery

CLASS 25: Golfwear, namely, shorts, shirts, trousers, caps being headwear, shoes, golf cleats, golf spikes, skirts; Insoles; Underwear; Neckties; Climbing clothes, namely, jackets, pants, shoes, footwear, gloves, boots; Hats; Caps being headwear; Waterproof clothing, namely, waterproof jackets, pants, footwear, boots; Wind proofing mufflers as neck scarves; Winter knit face masks being headwear; Swimsuits; Sweatbands; Scarves; Sports wear, namely, shirts, overuniforms, jackets, singlets, shoes, vests, jerseys, bras, pants, footwear; Footwear; Socks; Overcoats except wear for exclusive use for sports

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



and Korean traditional dress; Clothing, namely, t-shirts, pants, shorts, skirts, dresses, underwear, sweaters, jackets, coats, blouses, shirts, hooded pullovers, cardigans, vests; Gloves as clothing; Belts for clothing; Hanbok being Korean traditional clothing in the nature of Korean topcoats (Durumagi), shirts (Jeogori), trousers (Baji), skirts (Chima)

CLASS 35: Advertising services; Retail services provided by hypermarket services, namely, hypermarkets; Retail department store services; Branding services, namely management of brands for businesses and/or individuals; Providing office functions; Consultancy in the nature of organization, arranging and conducting of special events for commercial and promotional purposes; Commercial administration of the licensing of the goods and services of others; Presentation of goods on communication media, for retail purposes, namely, provision of home shopping services in the field of general consumer merchandise; Import-export agency services; Talent agency services in the nature of business management of performing artists; Management of performing artists; On-line auctioneering; Arranging subscriptions of the online publications of others; Promoting the goods and services of others by means of operating an on-line comprehensive shopping mall with links to the retail web sites of others; Rental of vending machines; Business intermediary services relating to mail order by telecommunications, namely, administrative processing of purchase orders within the framework of services provided by mail-order companies; Telephone answering and message handling services; Compilation of information into computer databases; Publicity services

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224753, FILED 12-09-2020, REG. NO. 1853546, DATED 04-06-2022, EXPIRES 04-06-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224757, FILED 12-09-2020, REG. NO. 1853550, DATED 04-06-2022, EXPIRES 04-06-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224755, FILED 12-09-2020, REG. NO. 1853548, DATED 04-06-2022, EXPIRES 04-06-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224754, FILED 12-09-2020, REG. NO. 1853547, DATED 04-06-2022, EXPIRES 04-06-2032

The mark consists of a series of curvy lines that form stylized wording "SM" and a circle underneath the letter "M", followed by the wordings "Culture Universe".

No claim is made to the exclusive right to use the following apart from the mark as shown: "CULTURE" FOR CLASS 25

SER. NO. 90-474,680, FILED 01-19-2021

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MAX CHANGMIN

**Reg. No. 7,031,674**
**Registered Apr. 18, 2023**
**Int. Cl.: 16**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 16: Printed diaries; printed calendars; note papers; stationery; printed brochures being booklets in the field of entertainment, music, art, movies, and celebrities; printed books in the field of entertainment, music, art, movies, and celebrities; photo albums; stamp albums; printed tickets; printed coupons; printed matter, namely, printed brochures, books, newsletters, magazines in the field of entertainment, music, art, movies, and celebrities; printed publications in the nature of brochures, booklets, newsletters, books, magazines, and teaching materials in the field of entertainment, music, art, movies, celebrities; cards, namely, printed post cards, printed greeting cards, printed note cards, printed flash cards, printed invitation cards; printed catalogues in the field of entertainment, music, art, movies, and celebrities; printed tickets; printed pamphlets in the field of entertainment, music, art, movies, and celebrities; writing implements being writing instruments; printed pictorial magazine in the field of entertainment, music, art, movies, and celebrities; adhesives for household purposes other than for stationery use; printed teaching materials except apparatus in the field of entertainment, music, art, movies, and celebrities; modelling materials, namely, modelling clay and modelling paste; office requisites, except furniture, namely, envelope sealing machines, franking machines, adhesive tape dispensers, correcting fluid for type, finger-stalls, paper embossers, paper folding machines, paper trimmers, punches, rubber bands, staplers; paintings and calligraphic works; stickers; passport cases; printed photographs; paper; banners of paper; boxes of paper; paper tissues; party ornaments of paper; plastic film for packaging; school supplies being stationery

FIRST USE 12-26-2003; IN COMMERCE 7-5-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies SHIM, Chang Min, a living individual, whose consent(s) to register is made of record.

SER. NO. 90-507,908, FILED 02-03-2021

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MAX CHANGMIN

**Reg. No. 7,026,586**
**Registered Apr. 11, 2023**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

SM ENTERTAINMENT CO., Ltd. (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 9: Downloadable electronic brochure in the field of music, music concerts, celebrities, dramas, television talk shows, variety shows, comedy shows, and entertainment; downloadable mobile gift certificates, namely, magnetically encoded gift cards; consumer coupons downloaded from a global computer network; downloadable computer software for database management, and for playing music, music video recordings, music concerts, and self-improvement; downloadable electronic brochure regarding music and entertainment; downloadable electronic photo books; pre-recorded downloadable record albums featuring music; downloadable electronic ticket for event entry or venue access; downloadable mobile application software for smart phones for database management, and for playing music, music video recordings, music concerts, and self-improvement; downloadable digital music provided from MP3 Internet websites; downloadable electronic photos, namely, downloadable image files containing photos of celebrities and music album covers; downloadable music file; downloadable ring tones; pre-recorded DVD featuring music performances; pre-recorded music compact discs; pre-recorded DVDs featuring music, music contests, and music concerts; audio speakers for use with smart phones; downloadable digital video recordings featuring music, music videos, music concerts, and television shows in the nature of comedy shows, talk shows and variety shows, dramas, and documentaries; downloadable electronic publications in the nature of books, magazines, journals, newsletters in the field of music, celebrities, and entertainment; sunglasses; cases for smartphones; phonograph records featuring music; pre-recorded digital media devices featuring music; earphones; electric audio and visual apparatus and instruments, namely, audio equalizer apparatus, video transmission apparatus, electric video cameras, amplifiers, receivers, and recorders; electric batteries; wireless headset for telephones; battery charging cables; computer hardware and computer peripheral devices; contact lenses; protective helmets

FIRST USE 12-26-2003; IN COMMERCE 7-5-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies SHIM, Chang



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



Min, a living individual, whose consent(s) to register is made of record.

SER. NO. 90-507,903, FILED 02-03-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# U-KNOW YUNHO

**Reg. No. 6,997,351**

**Registered Mar. 07, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

SM ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC OF CORPORATION)
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, REPUBLIC OF KOREA 04769

CLASS 16: Printed diaries; Printed calendars; Note papers; Stationery; Printed brochures being booklets about entertainment, music, art, movies, and celebrities; Printed books in the field of entertainment, music, art, movies, and celebrities; Photo albums; Printed tickets; Printed coupons; Printed matter, namely, printed brochures, books, newsletters, magazines in the field of entertainment, music, art, movies, and celebrities; Printed publications in the nature of brochures, booklets, newsletters, books, magazines, and teaching materials in the field of entertainment, music, art, movies, celebrities; Cards, namely, printed post cards, printed greeting cards, printed note cards, printed flash cards, printed invitation cards; Printed catalogues in the field of entertainment, music, art, movies, and celebrities; Printed tickets; Printed pamphlets in the field of entertainment, music, art, movies, and celebrities; Writing implements being writing instruments; Printed pictorial magazine in the field of entertainment, music, art, movies, and celebrities; Adhesives for household purposes other than for stationery use; Teaching materials except apparatus, namely, printed educational teaching materials in the field of entertainment, music, art, movies, and celebrities; Modelling materials, namely, modelling clay and modelling paste; Office requisites, except furniture, namely, envelope sealing machines for offices, franking machines, adhesive tape dispensers, correcting fluid for type, finger-stalls for office use, paper embossers, paper folding machines, hand-operated punches, rubber bands, staplers; Paintings and calligraphic works; Stickers; Passport cases; Printed photographs; Paper; Banners of paper; Boxes of paper; Paper tissues; Party ornaments of paper; Plastic film for packaging; School supplies being stationery

FIRST USE 12-26-2003; IN COMMERCE 7-5-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies JUNG, Yun Ho, a living individual, whose consent(s) to register is made of record.

SER. NO. 90-507,888, FILED 02-03-2021



Katherine Kelly Vidal

**Director of the United States Patent and Trademark Office**



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,861,855**

**Registered Oct. 04, 2022**

**Int. Cl.: 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45**

**Service Mark**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 3: Powder laundry detergents; Bleaching preparations for household use; Polishing preparations; Day creams being cosmetic creams; Room fragrancing preparations; Lipsticks; Mascaras; Pre-moistened cleansing tissues, namely, disposable wipes impregnated with skin cleansers or cleansing compounds for personal hygiene; Shampoos; Cleaning agents and preparations; Eye liner; Non-medicated bath soaps for pets; Cosmetics for animals; False eyelashes; False nails; Non-medicated soaps for personal use; Dentifrices; Foundations; Perfumery; Cosmetics

CLASS 4: Solid fuels; Gaseous fuels; Fuel for lighters; Aromatic candles; Liquid fuels; Candles; Lubricating oils; Scented candles

CLASS 5: Diapers for dogs; Medicine cases, portable, filled, namely, cases specially adapted for holding medicine sold filled with pharmaceutical preparations for skin care, pharmaceutical preparations for the treatment of headaches, pharmaceutical preparations for wounds, pharmaceutical preparations for treating allergies, aspirin, antivirals; Food supplements consisting of minerals; Vitamin and mineral dietary supplements; Fabric deodorizers; Antiseptic preparations; Nutraceuticals for use as a dietary supplement; Room deodorants; Dietary supplements for pets in the nature of a powdered drink mix; Digestives for pharmaceutical purposes; Powdered milk for babies; Food for babies except lacteal flour for babies; Sticking plasters for medical use; Pharmaceutical and veterinary preparations for the treatment and prevention of cancer, disorders of the immune system, infectious diseases, and cardiovascular, neuronal and hormonal disorders; Dietary supplements for humans; Diapers made of paper for babies and adults; Textile diapers for babies and adults; Tissues impregnated with antibacterial preparations; Enzyme dietary supplements; Portable first-aid kits; Medicated confectionery



Katherine Kelly Vidal

**Director of the United States Patent and Trademark Office**



CLASS 6: Identity plates of common metal; Materials of metal for exclusive use in building or construction, namely, metal canopies; Monuments of non-precious metal; Memorial cups of metal; Baskets of common metals; Insect screens of metal; Metal seals for use in building and construction; Boxes of common metal; Metal locking mechanisms; Works of art of non-precious metal; Metal tiles; Casks of metal; Crampons being climbing irons; Common metals, unwrought or semi-wrought; Commemorative statuary cups made of non-precious metal; Metal shade canopies

CLASS 7: Robotic floor cleaners for household purposes being robotic vacuum cleaners; Electric milk frothers for household purposes; Multi-purpose steam cleaners for household purposes; Electric mixers for household purposes; Electric fruit and vegetable squeezers for household purposes; Electric ice crushers for household purposes; Electric food blenders for household purposes; Industrial robots for art exhibitions; Coffee grinders, other than hand-operated; Aerating pumps for aquaria; Dishwashers; Industrial robots for games being machines; Vending machines; Electric washing machines for industrial and household purposes; Kitchen machines, electric, namely, electric standing mixers, electric mixers, electric squeezers for fruits and vegetables, Electric ice shaving machine for making confectionery, electric beverage processing machines, electrical coffee grinders, electric fruit presses for household use; Vacuum cleaners; Dust filters and bags for vacuum cleaners; Hand-held vacuum cleaners; Borers, namely, boring machines; Power-operated jig saws

CLASS 8: Scissors; Portable pocket multi-function, non-electric hand tools comprised of screwdrivers, knives, can openers, file, pliers; Flat irons; Razors; Razor blades; Hair-removing tweezers; Pedicure sets; Screwdrivers, non-electric; Shovels; Manicure sets; Borers, namely, hand-operating boring tools; Whetstones; Tableware, namely, knives, forks and spoons; Hand-operated jig-saws; Border shears; Electric hair curling irons; Nail clippers, electric or non-electric; Electric manicure sets; Hair clippers for personal use, electric and non-electric; Knives, namely, table knives, scaling knives, fruit knives, kitchen knives, butcher knives, bread knives, fixed blade knives, serving knives, vegetable knives, pen knives, pocket knives

CLASS 9: Downloadable digital video recordings featuring music, music video recordings, music concerts, self-improvement; Downloadable smart phone application software for database management, and for playing music and music video recordings in the fields of music concerns, and self-improvements; Electronic publications, downloadable, in the nature of books, magazines, journals in the field of music, celebrities, and entertainment; Consumer coupons downloaded from a global computer network; Downloadable tickets; Smart phone audio speakers; Sunglasses; Cases for smartphones; Phonograph records featuring music; pre-recorded DVDs featuring music and music performances; Pre-recorded music presented upon electronic media in the nature of audio tapes and video tapes featuring music, music concerts, celebrities, and entertainment; Earphones; Electric audio and visual apparatus and instruments, namely, audio equalizer apparatus, video transmission apparatus, electric video cameras, amplifiers, receivers for telephone, audio, video, and tape, videotape, audio, video recorders; Electric batteries; Wireless earsets for telephones in the nature of wireless headset and earphones for telephones; Electric battery charging cables; Computer hardware and computer peripheral devices; Contact lenses; Protective helmets; Equalizers being audio apparatus for musical instruments; Clothing for protection against accidents, irradiation and fire; Games, namely, downloadable computer game software via a global computer network and wireless devices; Electrical pickups for guitars

CLASS 10: Medical apparatus for skin wrinkle removal with LED light, namely, electronic light therapy apparatus for the skin; Electric massage apparatus for household use; High frequency electromagnetic therapy apparatus; Crutches; Knee supports for medical use; Hearing aids; Nursing bottles; Massage apparatus; Breast pumps; Medical apparatus and instruments, namely, for monitoring vital signs, blood properties and respiratory events, for treating osteoarthritis, osteoporosis, osteotraumatic injuries, degenerative bone diseases and joint diseases, for treating cardiovascular disease, for

use in orthopedic surgery, and for use in general surgery; Medical hot water mats being heating pads, electric, for medical purposes; Warmers for medical use, namely, breast warmer pads for medical purposes; Medical apparatus, namely, enema apparatus for medical purposes, continuous positive airway pressure (CPAP) devices; Baby bottles; Ultrasonic massaging apparatus; Dental apparatus and instruments, namely, apex locator, X-ray apparatus for dental imagingdental bridges, crown and bridge removers, oral irrigators, orthodontic machines and instruments, prosthetic instruments for dental purposes, drills for dental applications, milling apparatus for dental purposes, ultrasound apparatus for dental imaging; Teething rings; Esthetic facial massage apparatus for skin whitening effect; Contraceptive apparatus; Portable electric facial peeling machine; Clothing, namely, surgical gowns

CLASS 11: Air purifiers; Apparatus for heating, ventilating and air conditioning; Heating and air conditioning apparatus; Freezers; Barbecue grills; Heating packs; Bidets; Non-electric lighting apparatus and devices; Shower heads; Aquarium filtration apparatus; Air conditioning and air cooling apparatus and instruments and ventilation apparatus and instruments in the nature of ventilating fans for commercial and industrial use; Garment steamers; Cooking apparatus and installations, namely, electric griddles, electric rice cookers; Cookers, namely, gas cookers, electric pressure cookers; Food waste drying apparatus, namely, electric food dehydrators; Ultraviolet ray sterilizer for medical purposes, namely, sterilization units for medical instruments; Footwarmers, electric or non-electric in the nature of electric footwarmers, namely, electrically heated footmuffs and non-electric sock and shoe warmers, namely, chemically-activated heating packets for warming feet; Electric lighting apparatus, namely, lighting installations; Electric toasters

CLASS 12: Photography drones; Carts; Pet strollers; Small wagons for children; Motorcycles; Parts and accessories for motorcycles, namely, structural parts for motorcycles; Strollers; Cars; Cup holders for use in automobiles; Parts and accessories for automobiles, namely, structural parts for automobiles; Bicycles; Parts and accessories for bicycles, namely, structural parts for bicycles; Tires for vehicle wheels; Hand cars

CLASS 14: Leather key chains; Shoe jewellery; Earrings; Precious metals; Memorial cups of precious metals; Key rings of precious metals; Works of art of precious metal; Commemorative coins of metal; Necklaces; Rings being jewelry; Jewellery; Jewelry brooches; Jewelry boxes; Jewelry cases; Clocks and parts therefor; Clock cases; Watch cases; Women's jewelry; Paste jewellery; Charms for key chains; Table clocks

CLASS 15: Drums being musical instruments; Drumsticks; Digital pianos; Recorders being musical instruments; Musical boxes; String, double, acoustic basses being musical instruments; Musical instruments; Music stands; Acoustic guitars; Auxiliary articles for musical instruments, namely, reeds for use in woodwind mouthpieces, valves for musical instruments, pedals, strings, bridges, bows, straps, catgut, machine heads, tuning hammers, and tuning keys; Electric and electronic musical instruments; Electric guitars; Electronic musical instruments; Electronic pianos; Conductors' batons; Pianos

CLASS 16: Adhesive tapes for household purposes other than for stationery use; Printed teaching materials, except apparatus, in the field of music, dance, celebrities, and entertainment; Modelling materials, namely, modelling clay and modelling paste; Stationery; Office requisites, except furniture; Printed books in the field of music, dance, celebrities, and entertainment; Paintings and calligraphic works; Stickers; Passport cases; Printed matter, namely, books and pamphlets in the field of music, dance, celebrities, and entertainment; Photographs, printed; Paper; Banners of paper; Boxes of paper; Paper tissues; Party ornaments of paper; Printed publications, namely, books and pamphlets in the field of music, dance, celebrities, and entertainment; Plastic film for packaging; School supplies being stationery; Merchandise bags; Fabric gift bags

CLASS 18: Bags, namely, duffel bags, tote bags, handbags, all-purpose carrying bags;

Leather; Boxes made of leather; Backpacks; Briefcases; Sport bags; Clothing for pets; Bags for carrying pets; Parasols being sun umbrellas; Eco-bags being bags made of reusable material, namely, reusable shopping bags; Travelling bags; Umbrellas; Imitation leather; Key cases of imitation leather; Purses; Canes; Card wallets; Clutch bags; Toiletry bags sold empty; Portable cosmetic cases sold empty; Pet clothing

CLASS 19: Glass for building; Lumber; Rubber flooring; Floor boards of wood; Wood window frames; Plastic conduits for drainage and irrigation; Hardwood, tile, vinyl flooring, not of metal; Outer doors, not of metal; Insect screens, not of metal; Fences, not of metal; Non-metal tiles; Pipes, not of metal, namely, gutter, sewer, water pipes; Gypsum board; Works of art of stone, concrete or marble

CLASS 20: Furniture; Mirrors being looking glasses; Mattresses; Works of art of wood, wax, plaster or plastic; Korean cushions, namely, Bangsuk; Pillows; Hand-held flat fans; Furniture fittings, not of metal; Memorial tablets, not of metal, namely, Polynesian tablets which look like stone, and have quotations, sayings, or bible verses engraved on them, packaged with display stand; Baskets, not of metal, for transporting goods for commercial purposes; Bins, not of metal; Non-metal name plates; Sofas; Kennels for household pets; Pet cushions; Picture frames; Baby walkers; Book stands; Cushions; Plastic boxes; Mats made of straw, rush and/or vinyl, namely, nap mats

CLASS 21: Gloves for household purposes; Food and drink preparation utensils for household purposes other than electric, namely, spatulas for kitchen use, kitchen ladles; Crockery, namely, pots, dishes, drinking cups and saucers, bowls, serving bowls and trays; Mugs; Buckets; Bottles, sold empty, except vases; Bottle openers; Tumblers for use as drinking glasses; Cleaning tools and washing utensils other than electric, namely, brooms, mops, scrub sponges; Services being dishes, namely, tea services not of precious metal, coffee services not of precious metal, and serving dishes; Cooking pots; Boxes of glass; Coin banks; Jugs; Floss for dental purposes; Toothbrushes; Toothbrush holders; Fly swatters; Flower pots; Cosmetic utensils, namely, applicator wands for applying make-up, cosmetic brushes, cosmetic spatulas, non-woven fabric wipes and sponges, electrical applicators for applying cosmetics to the skin

CLASS 22: Canvas shade canopies; String; Tents for mountaineering or camping; Mountaineering ropes; Nets, not of metal or asbestos, namely, camouflage nets, snare nets; Rope ladders; Tents not for camping; Unfitted tarps for covering swimming pools, and lining tanks; Packing string; Textile bags for merchandise packaging; Hammocks

CLASS 24: Furnishing fabrics; Duvets; Mosquito nets; Pillow covers; Shower curtains; Hand towels; Blankets for household pets; Blanket throws; Quilts; Quilt covers; Spandex, cotton, and taffeta fabric; Towels made of textile materials; Table decorations of textile, namely, textile place mats; Sleeping bags; Coverlets; Bed covers; Covers for cushions; Beach towels

CLASS 25: Golfwear, namely, golf shirts, shorts, trousers, caps, shoes, cleats, and spikes; Insoles; Underwear; Neckties; Climbing clothes, namely, shoes, cargo pants, jackets, gloves and shirts; Hats; Caps being headwear; Waterproof clothing, namely, jackets and pants; Wind proofing mufflers as neck scarves; Winter knit face masks being headwear; Swimsuits; Sweatbands; Scarves; Sports wear, namely, athletic tops and bottoms as clothing; Footwear; Socks; Overcoats except wear for exclusive use for sports and Korean traditional dress; Clothing, namly, shirts, t-shirts, shorts, pants, dresses, suits, cardigans, sweaters, vest, jacket, and coats; Gloves as clothing; Belts for clothing; Hanbok being Korean traditional dresses

CLASS 26: Buttons; Laces and embroidery; Top-knots being pompoms for arts and crafts purposes; Decorative articles for the hair, namely, hair pins and grips; Hair pins and hair grips; Needles; Haberdashery being dressmakers' articles, except thread, namely, beads other than for making jewelry, and fabric appliques; Shoulder pads for clothing; Decorative ribbons being Haberdashery ribbons and hair ribbons; Hair curlers, electric and non-electric, other than hand implements; Artificial Christmas wreaths

incorporating lights; Hair bands

CLASS 27: Mats made of straw, rush and/or vinyl, namely, bath mats and door mats; Rugs; Non-slip mats, namely, door mats, bath mats, beach mats; Wallpapers; Borders being wall decorations in the nature of wall coverings; Wallpaper and carpet; Sports mats, namely, gymnasium exercise mats, yoga mats; Pet feeding mats; Play mats for children, namely, foam mats for use on play area surfaces; Yoga mats; Bath mats; Floor mats for automobiles; Carpets; Door mats

CLASS 28: Apparatus for games, namely, apparatus for electronic games other than those adapted for use with an external display screen or monitor; Golf equipment, namely, golf bag trolleys, fitted covers for non-motorized golf bag carts, non-motorized golf bag carts, golf bag covers, golf ball dispensers, golf clubs, golf club heads; Golf clubs; Rods for fishing; Fishing tackle; Action figure toys; Climbers' harness; Conjuring apparatus, namely, magic tricks; Water toys; Board games; Stuffed dolls; Soap bubbles being toys; Swimming jackets; Body-training apparatus; Pet toys made of rope; Toys for pets; Games, namely, board games, parlour games, handheld game consoles, checkers games, game cards, tabletop games, building games, chess games, memory games, dice games; Toys being playthings, namely, remote controlled airplanes and cars, finger puppets, darts, toy cars, toy model train sets, bath toys, infant toys, musical toys, inflatable pool toys, ride-on toys; Dolls; Play balloons; Nets, not of metal or asbestos, namely, hand-held fishing nets

CLASS 29: Prepared meat; Processed meat; Food products made primarily from fruits, namely, fruit-based spreads, fruit-based snack food; Processed eggs; Frozen vegetables; Frozen beans; Processed beans, namely, foodstuffs excluding bean curds and foodstuffs made from bean curds; Tofu; Foods prepared from bean curds being tofu; Food products made from worm, namely, processed worms for human consumption; Processed edible seaweeds for food, preserved; Fish and shellfish, not live, namely, fish that is frozen or preserved with salt; Food products made from fish and shellfish, namely, fish burger patties, fish balls; Processed dairy products, namely, artificial cream, dairy-based beverages, whipped topping, dairy-based spreads; Milk products, namely, goat milk, milk; Food products made from oil and fat, namely, butter, olive oil for food; Processed vegetable products, namely, frozen broccoli, canned vegetables and pickled vegetables; Cheese; Croquettes, namely, chicken, meat, fish; Processed seaweed products, namely, dried edible seaweed; Frozen potato-based dumplings; Seeds prepared for human consumption, not being seasonings or flavorings

CLASS 30: Processed coffee; Cereal-based processed products, namely, cereal based energy bars, cereal based snack food; Cereal-based snack food; Confectionery, namely, pastilles, candy and chocolate; Honey; Frozen flour-based dumplings; Rice cakes; Instant noodles; Macarons; Bread; Sauces; Snack confectionery, namely, candy and chocolate; Ice-cream; Tea; Beverages made of tea; Chocolate; Candies; Bubble gum; Hot dogs sandwiches being sausages in a bread roll; Spices; Processed seeds for use as a seasoning

CLASS 31: Dried flowers for decoration; Saplings; Unprocessed grain; Raw timber; Cocoa beans, raw; Fodder; Sugarcane; Live Christmas trees; Natural plants and flowers; Fish and shellfish, live; Hairtail fish, live; Potatoes, fresh; Organic fresh fruit; Fresh laver being unprocessed seaweed; Fresh mandarin oranges; Fresh apples; Vegetables, fresh; Fresh seaweeds being unprocessed seaweed; Litter for domestic animals; Crop seeds

CLASS 32: Fruit smoothies; Fruit juices; Lagers; Lemonades; Beer; Beer-based beverages, namely, beer-based coolers; Vitamin enriched water being beverages not for medical purposes, namely, drinking water with vitamins; Apple juice beverages; Waters beverages, namely, drinking water, sparkling water; Pomegranate juices; Non-alcoholic cinnamon fruit punch with dried persimmon, namely, Sujeonggwa; Non-alcoholic beverages for prevention of hangover, not for medical purposes, namely, sports drinks containing electrolytes, non-alcoholic fruit juice beverages, and energy drinks;

Functional beverages against hangover, not for medical purposes, namely, sports drinks containing electrolytes, non-alcoholic fruit juice beverages, and energy drinks; Syrups and other preparations in the nature of concentrates or powders for making beverages, namely, soft drinks, energy drinks; Non-alcoholic rice-based punch beverage, namely, Sikhye; Deep water, namely, Lithia water; Ale being beer; Vegetable juice beverages; Syrups for making soft drinks; Tonic water

CLASS 33: Kaoliang being Chinese liquor; Sparkling fruit wine; Korean suspended rice-wine, namely, Dongdongju; Korean traditional rice wine, namely, Makgeoli; Vodka; Black raspberry wine, namely, Bokbunjaju; Brandy; Champagne; Korean distilled spirits, namely, Soju; Scotch; Alcoholic beverages, except beer; Western liquor; Wines; Whiskey; Ginseng liquor; Chinese white liquor, namely, baiganr; Sake

CLASS 35: Advertising services; Hypermarkets; Retail department store services; Brand management, namely, consulting, development, management and marketing of brands for businesses and/or individuals; Providing office functions; Consultancy of events for commercial and promotional purposes, namely, event planning and management for marketing, branding, promoting or advertising the goods and services of others; Commercial administration of the licensing of the goods and services of others; Presentation of goods on communication media, for retail purposes, namely, providing television home shopping services in the field of general consumer merchandise; Import-export agency services; Talent agency services in the nature of business management of performing artists; Management of performing artists; On-line auctioneering; Arranging subscriptions of the online publications of others; Promoting the goods and services of others by means of operating an on-line comprehensive shopping mall with links to the retail web sites of others; Rental of vending machines; Business intermediary services relating to mail order by telecommunications, namely, electronic processing of orders for others; Telephone answering and message handling services for others; Compilation of information into computer databases; Publicity services, namely, publicity consultation, and publicity agency services; Retail bakery shops; Retail pharmacy services

CLASS 36: Management of buildings; Providing information relating to the rental of buildings for real estate purposes; Issuance of prepaid credit and debit card with membership card function; Providing information in insurance matters; Real estate management services; Rental of real estate; Arranging of finance, namely, financing of sporting, cultural and entertainment projects; Arranging finance, namely, financing of films; Real estate management services relating to entertainment venues; Charitable fund raising services by means of entertainment events; Charitable fund raising services by means of musical concerts; Collection of monetary donations for charitable fundraising purposes; Charitable fund raising in view of disaster precautions and prevention; Financial affairs, namely, financial information, management and analysis services; Real estate services, namely, property management services for industrial commercial properties

CLASS 37: Maintenance of buildings; Construction services, namely, underwater construction, construction of civil engineering structures using concrete, custom building construction; Cleaning of buildings; Providing construction information; Laundering; Self-car wash, namely, providing self-service car washing facilities; Interior renovation, namely, custom building renovation; Interior lighting decoration, namely, lighting apparatus installation; Repair or maintenance of musical instruments; Tuning of musical instruments; Tuning of motor vehicles being motor vehicle repair and maintenance; Remodeling of houses; Cleaning of venues before and after events

CLASS 38: Providing access to databases or internet information; Radio, television and cable television broadcasting services; Providing user access to platforms in the nature of global computer networks on the internet relating to mobile communications; Providing internet access to mobile Internet portals; Satellite, cable, network transmission of sound and images between mobile telecommunications devices; Providing internet access to chat lines being chatrooms, chatrooms and online forums in

the field of music, dance, music concerts, celebrities, and entertainment via mobile Internet; Wireless internet broadcasting; Transmission of text message and video, namely, text messaging services; Operation of broadcasting facilities, namely, leasing of radio and television broadcasting facilities; Interactive broadcasting and communications services, namely, cable television broadcasting services, video broadcasting services via the Internet; Transmission of online music, namely, transmission and delivery of digital music via the internet; Providing online chat room or electronic bulletin board service; Providing access to an online virtual community via the internet and mobile; Internet broadcasting services; Broadcasting and television transmission of television programs; Providing electronic bulletin boards, online community forums in the field of music, music concerts, celebrities, and entertainment, online chat rooms for the transmission of messages among computer users concerning entertainment and education; Electronic bulletin board services for location-based social networking service (SNS)

CLASS 39: Providing transport for sightseeing travel tours and excursions; Providing traffic information; Delivery of food by restaurants; Delivery of goods, and delivery of food; Storage of goods; Gift wrapping; Travel tour guide services, namely, providing transport for guided tours; Provision of tourist travel information; Organization of travel; Transport, namely, transport reservation, air transportation, providing transport for expeditions; Physical storage of electronically stored digital music; Parking lot services

CLASS 40: Three-dimensional printing (3DP) services for others; Duplication of CDs; Duplication of DVDs; Digital photographic printing; Photographic retouching; Duplication of audio tapes; Printing services; Bookbinding; Bakery services, namely, the manufacture of bakery products to order and/or specification of others

CLASS 41: Entertainment services performed by singers in the nature of live musical performances; Planning of entertainment performances, specifically of showing movies, shows, plays or musical performances; Organization of sports, singing, acting, fishing, and pageant competitions for education or entertainment purposes; Rental of audio recordings; Arranging and conducting of seminars, conferences and exhibitions for cultural or educational purposes; Organization of exhibitions for cultural or educational purposes; Museum services; Publication of books; Arranging of displays for entertainment purposes, namely, providing displays in the field of music, music concerts, celebrities, and entertainment; Fan club services in the nature of entertainment; Entertainment and amusement information being entertainment information; Artists education, namely, training in the field of vocal singing, acting, dancing, and entertainment; Fan club services relating to entertainer; Providing facilities for movies, shows, plays, music or educational training; Rental of motion pictures; Providing amusement facilities; Instruction of music practice being music instruction; Providing online electronic publications, not downloadable, in the nature of books, magazines, brochures in the field of music, music concerts dance, celebrities, and entertainment; Vocational training services; Providing theme park services; Conducting guided sightseeing travel tours and excursions of a museum, an historical site, and a winery; Travel tour guide services, namely, conducting guided moped tours

CLASS 42: Design services for furniture; Development of computer game software; Design of new industrial products; Graphic design; Design planning, namely, urban design planning services, planning and design of kitchens; Electronic storage of digital music; Scientific cosmetology research; Graphic design of artwork; Visual design, namely, multidisciplinary visual design services, designing visual elements for on-line, broadcast, print, outdoor and other communication media; Web site design; Design services for clothing; Graphic design of printed material in the nature of advertising materials; Design of products being new product design services; Landscape, and theatrical lighting design; Character design, namely, graphic design of game and animated characters; Computer software development; Development of computer programmes; Design of fashion accessories; Design services for packaging; Cosmetics development services being design and testing for new cosmetic product development

CLASS 43: Rental of social function rooms; Restaurant services; Bar services; Accommodation bureau services being hotels, and boarding houses services; Restaurant services provided by franchised restaurants; Pet hotel services; Providing campground facilities; Youth hostel services; Rental of exhibition facilities; Bakery cafes; Pubs; Cafe services; Coffee-house and snack-bar services; Fast-food restaurant services; Street stalls services, namely, providing of food and drink via a street stall; Korean restaurants; Hotel, motel and resort hotel services; Hotel room booking services, namely, making reservations and bookings for others for accommodations and meals at hotels; Travel agency services for making hotel reservations for others; Rental of meeting rooms

CLASS 44: Health counselling; Internal medicine services; Vermin exterminating for agriculture, horticulture, and forestry; Information services relating to farming; Agriculture services, namely, agricultural advice, and compost spreading; Animal hospitals; Animal raising; Hospitals other than dentistry; Plastic surgery services; Veterinary services; Psychological assessment services; Services of a psychologist; Ophthalmology services; Stud services for animals, specifically for horses, cattle; Pharmacy services, namely, pharmacists' services to make up prescriptions; Fish farming for others; Horticultural services; Forestry services, namely, forest habitat restoration; Livestock breeding services; Dentistry services

CLASS 45: Marriage counseling; Bodyguard services; Industrial property management; Management of trademarks, namely, licensing of trademarks, trademark agent services; Litigation consultancy; Running errands for others; Online social networking services; Copyright management; Licensing of copyright; Arbitration services; Advisory services relating to intellectual property rights; Licensing of intellectual property; Management of intellectual property rights, namely, licensing of intellectual property, intellectual property consultancy

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113791, FILED 07-02-2020, REG. NO. 1773918, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113761, FILED 07-02-2020, REG. NO. 1773855, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113793, FILED 07-02-2020, REG. NO. 1773920, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113794, FILED 07-02-2020, REG. NO. 1773921, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113795, FILED 07-02-2020, REG. NO. 1773922, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113796, FILED 07-02-2020, REG. NO. 1773923, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113797, FILED 07-02-2020, REG. NO. 1773929, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113798, FILED 07-02-2020, REG. NO. 1773925, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF

APPLICATION NO. 40-2020-0113799, FILED 07-02-2020, REG. NO. 1773927, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113790, FILED 07-02-2020, REG. NO. 1773917, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113789, FILED 07-02-2020, REG. NO. 1773916, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113788, FILED 07-02-2020, REG. NO. 1773915, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113787, FILED 07-02-2020, REG. NO. 1773914, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113786, FILED 07-02-2020, REG. NO. 1773913, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113785, FILED 07-02-2020, REG. NO. 1773912, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113784, FILED 07-02-2020, REG. NO. 1773911, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113783, FILED 07-02-2020, REG. NO. 1773910, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113782, FILED 07-02-2020, REG. NO. 1773909, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113781, FILED 07-02-2020, REG. NO. 1773908, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113780, FILED 07-02-2020, REG. NO. 1773906, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113779, FILED 07-02-2020, REG. NO. 1773905, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113778, FILED 07-02-2020, REG. NO. 1773904, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113777, FILED 07-02-2020, REG. NO. 1773903, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113776, FILED 07-02-2020, REG. NO. 1773902, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113775, FILED 07-02-2020, REG. NO. 1773901, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113774, FILED 07-02-2020, REG. NO. 1773900, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113773, FILED 07-02-2020, REG. NO. 1773899, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113772, FILED 07-02-2020, REG. NO. 1773898, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113771, FILED 07-02-2020, REG. NO. 1773897, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113770, FILED 07-02-2020, REG. NO. 1773896, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113769, FILED 07-02-2020, REG. NO. 1773895, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113768, FILED 07-02-2020, REG. NO. 1773894, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113767, FILED 07-02-2020, REG. NO. 1773979, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113766, FILED 07-02-2020, REG. NO. 1773893, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113765, FILED 07-02-2020, REG. NO. 1773876, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113764, FILED 07-02-2020, REG. NO. 1773874, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113763, FILED 07-02-2020, REG. NO. 1773873, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113762, FILED 07-02-2020, REG. NO. 1773870, DATED 09-08-2021, EXPIRES 09-08-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0113792, FILED 07-02-2020, REG. NO. 1773919, DATED 09-08-2021, EXPIRES 09-08-2031

The mark consists of a series of curvy lines that form stylized wording "SM" and a circle underneath the letter "M".

OWNER OF U.S. REG. NO. 5614504

SER. NO. 90-039,024, FILED 07-07-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SMCT

**Reg. No. 6,770,731**

**Registered Jun. 28, 2022**

**Int. Cl.: 9, 16, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 9: Downloadable digital video recordings featuring music, music videos, music concerts, television shows in the nature of talk shows and variety shows, dramas, movies, documentaries, and current events news; Downloadable computer application software for mobile phones for use in database management, use in electronic storage of data, and for playing music, music videos, music concerts, television shows in the nature of talk shows and variety shows, dramas, movies, documentaries, and current events news; Downloadable electronic publications in the nature of books, magazines, brochures, newsletters in the field of entertainment, music, art, movies, and celebrities; Consumer coupons downloaded from a global computer network; Downloadable electronic tickets for event entry or venue access; Audio speakers for use with smart phones; Sunglasses; Cases for smartphones; Phonograph records featuring music; DVDs featuring music and music performances; Pre-recorded electronic media devices featuring music; Earphones; Electric audio and visual apparatus and instruments, namely, amplifiers, audio speakers, stereo tuners, audio tape recorders, video tape recorders, MP3 players; Electric batteries; Wireless earphones for telephones; Battery charging cables; Computer hardware and computer peripheral devices; Contact lenses; Protective helmets

CLASS 16: Adhesives for household purposes other than for stationery use; Paper and printed teaching materials except apparatus in the field of entertainment, music, art, movies, and celebrities; Modelling materials, namely, modelling paste, clay, compounds, wax not for dental purposes; Stationery; Office requisites, except furniture, namely, staple removers, adhesive tape dispensers, correcting tapes for stationery use, fingerstalls for office use; Printed books in the field of entertainment, music, art, movies, and celebrities; Paintings and calligraphic works; Stickers; Passport cases; Printed matter, namely, printed brochures, books, newsletters, magazines in the field of entertainment, music, art, movies, and celebrities; Printed photographs; Paper; Banners of paper; Boxes of paper; Paper tissues; Party ornaments of paper; Printed publications in the nature of brochures, booklets, newsletters, books, magazines, and teaching materials in the field of entertainment, music, art, movies, celebrities; Plastic film for packaging; School supplies being stationery



Katherine Kelly Vidal

**Director of the United States Patent and Trademark Office**



CLASS 25: Golfwear, namely, shorts, shirts, trousers, caps being headwear, shoes, golf cleats, golf spikes, skirts; Insoles; Underwear; Neckties; Climbing clothes, namely, jackets, pants, shoes, footwear, gloves, boots; Hats; Caps being headwear; Waterproof clothing, namely, waterproof jackets, pants, footwear, boots; Wind proofing mufflers as neck scarves; Winter knit face masks being headwear; Swimsuits; Sweatbands; Scarves; Sports wear, namely, shirts, overuniforms, jackets, singlets, shoes, vests, jerseys, bras, pants, footwear; Footwear; Socks; Overcoats except wear for exclusive use for sports and Korean traditional dress; Clothing, namely, t-shirts, pants, shorts, skirts, dresses, underwear, sweaters, jackets, coats, blouses, shirts, hooded pullovers, cardigans, vests; Gloves as clothing; Belts for clothing; Hanbok being Korean traditional clothing in the nature of Korean topcoats (Durumagi), shirts (Jeogori), trousers (Baji), skirts (Chima)

CLASS 35: Advertising services; Retail services provided by hypermarket services, namely, hypermarkets; Retail department store services; Branding services, namely, management of brands for businesses and/or individuals; Providing office functions; Consultancy in the nature of organization, arranging and conducting of special events for commercial and promotional purposes; Commercial administration of the licensing of the goods and services of others; Presentation of goods on communication media, for retail purposes, namely, provision of home shopping services in the field of general consumer merchandise; Import-export agency services; Talent agency services in the nature of business management of performing artists; Management of performing artists; On-line auctioneering; Arranging subscriptions of the online publications of others; Promoting the goods and services of others by means of operating an on-line comprehensive shopping mall with links to the retail web sites of others; Rental of vending machines; Business intermediary services relating to mail order by telecommunications, namely, administrative processing of purchase orders within the framework of services provided by mail-order companies; Telephone answering and message handling services; Compilation of information into computer databases; Publicity services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224728, FILED 12-09-2020, REG. NO. 1798593, DATED 11-11-2021, EXPIRES 11-11-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224732, FILED 12-09-2020, REG. NO. 1823439, DATED 01-19-2022, EXPIRES 01-19-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224730, FILED 12-09-2020, REG. NO. 1823440, DATED 01-19-2022, EXPIRES 01-19-2032

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 40-2020-0224729, FILED 12-09-2020, REG. NO. 1798596, DATED 11-11-2021, EXPIRES 11-11-2031

SER. NO. 90-474,673, FILED 01-19-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PINKBLOOD

**Reg. No. 6,743,753**
**Registered May 31, 2022**
**Int. Cl.: 9, 16, 25, 41**
**Service Mark**
**Trademark**
**Principal Register**

S.M. ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 9: Phonograph records featuring music; downloadable music file; pre-recorded digital media devices featuring music concert; downloadable digital video recordings; downloadable image files; downloadable electronic brochure regarding music and entertainment; downloadable electronic photos, namely, downloadable image files containing artwork, text, audio, video, games, Internet Web links all relating to entertainment and celebrities; downloadable electronic ticket for event entry or venue access for use on mobile phones; consumer coupons downloaded from a global computer network for use on mobile phones; downloadable and recorded computer software to allow users to perform electronic business transactions via a global computer network; downloadable mobile application software for cellphones for database management, and for playing music, music video recordings, music concerts, and self-improvements; protective cases for smart phones; headsets for smart phones; respirators for filtering air for the prevention of accident or injury

CLASS 16: Stationery; note books; stickers; pen and pencil boxes; clear file folders; writing instruments; gift-wrapping paper; fancy paper; gift boxes; gift bags of paper; printed posters; printed diary; printed calendars; color prints in the nature of printed photographs; photographic prints

CLASS 25: Ready-made clothing, namely, skirts, shirts, vests, jackets, dresses, pants, bottoms and tops; jumpers; tee-shirts; knitwear, namely, knit tops; training wear, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; socks; headbands; gloves for apparel; mufflers as neck scarves; headwear; baseball caps; footwear; sneakers; winter face masks being balaclavas; belts for clothing

CLASS 41: Booking of seats for entertainment events; booking of entertainment halls; arranging and conducting of meetings in the field of entertainment in the nature of conventions in the field of entertainment, and celebrities; conducting of entertainment events, namely, conventions in the field of music, and live music concerts; entertainment services in the nature of live performances by singers; providing information in the field of music; providing entertainment information via a website; publishing services featuring digital video, audio and multimedia entertainment; on-line publication of multimedia materials; publication of printed matter in electronic form;



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



conducting of cultural events; planning of cultural events for social entertainment purposes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 4020210097011, FILED 05-11-2021, REG. NO. 1784337, DATED 10-07-2021, EXPIRES 10-07-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 4020210097014, FILED 05-11-2021, REG. NO. 1784341, DATED 10-07-2021, EXPIRES 10-07-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 4020210097013, FILED 05-11-2021, REG. NO. 1784342, DATED 10-07-2021, EXPIRES 10-07-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 4020210097012, FILED 05-11-2021, REG. NO. 1784340, DATED 10-07-2021, EXPIRES 10-07-2031

SER. NO. 90-724,020, FILED 05-20-2021

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# NCT

**Reg. No. 6,383,295**
**Registered Jun. 15, 2021**
**Int. Cl.: 3, 9, 16, 25, 26, 35**
**Service Mark**
**Trademark**
**Principal Register**

S.M. ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC
OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 3: Cosmetics; non-medicated toiletry preparations; adhesive for false eyelashes,
hair and nails; perfume; oils for perfumes and scents; aromatics for household purposes,
namely, aromatic oils, aromatic essential oils, aromatic potpourris; cotton wool for
cosmetic purposes; cosmetic soaps; bath soaps; false nails; shampoos; hair rinses;
dentifrices; essential oils; cosmetics for animals; skin masks for cosmetic use

CLASS 9: Animated cartoons prints; mobile phone cases; headphones; CD players;
sunglasses; contact lenses; cameras; ear plugs for divers; goggles; juke boxes; video
game cartridges; downloadable mobile coupons being consumer coupons downloaded
from a global computer network and from mobile devices; downloadable ring tones for
mobile phones; DVDs featuring musical performances; Sports helmets; computer chips;
electronic diaries; laptop computer carrying cases; operating software for smart TV
application, recorded; downloadable smart phone application software for downloading
and playing musical recordings; headsets for cellular phones; cell phone straps; USB
cables; Pre-recorded music compact discs; phonograph records featuring music;
downloadable music files; downloadable digital video files featuring music; pre-
recorded DVDs featuring music; recorded MP3 file containing music; digital music
downloadable from the Internet

CLASS 16: Industrial packaging containers of paper; glue for stationery or household
purposes; stickers; paper tissues; stationery; office requisites, except furniture, namely,
paper trimmers, rubber bands, staplers; school supplies, namely, writing instruments,
pens, pencils, mechanical pencils, erasers, markers, crayons, highlighter pens, folders,
notebooks, paper, protractors, paper clips, pencil sharpeners, writing grips, glue and
book marks; passport holders; table decorations of paper in the nature of decorative
paper, and table cloths; picture postcards; posters; calendars; bromide photographs;
boxes of paper; paper sacks for wrapping; stickers and sticker albums; plastic materials
for packaging being plastic films, bags, bubble packs for packaging; modelling clay

CLASS 25: Clothing, namely, pants, t-shirts, shirts, sweaters, vests, cardigans,
pullovers, jumpers, coats, hooded shirts, dresses, skirts, blouses; uniforms; anoraks;
leotards and tights; money belts being clothing; underclothing; footwear; sports jackets;
neckties; stockings; socks; bathing suits; scarfs; mufflers as neck scarves; caps being



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



headwear; leather belts for clothing; braces as suspenders; winter face masks being clothing; blue jeans; jackets; panties, shorts and briefs; rain suits; belts made of leather; winter gloves of leather; beach clothes, namely, bathing suits, beach cover-ups, bikinis, shorts, vests; training suits

CLASS 26: Needles; laces and embroidery; haberdashery articles, except thread, namely, bows, ribbons, braids; hair roll, namely, electric and non-electric hair rollers; false hair; hair extensions; needle cushions; rug hooks; shoe ornaments not of precious metal, namely, shoe trimmings; hair curlers, other than hand implements; artificial fruit; hair ornaments not of precious metal, namely, ornamental hair combs, ornamental hair wraps; belt ornaments not of precious metal, namely, belt clasps; brooches for clothing; belt buckles as clothing accessories; trimmings for clothing; haberdashery decorative ribbons; hair bands; artificial flowers

CLASS 35: Retail and wholesale store services featuring clothing; retail and wholesale store services featuring footwear; retail and wholesale store services featuring stationery; retail and wholesale store services featuring cosmetics; retail and wholesale store services featuring CDs; retail and wholesale store services featuring beverages; retail and wholesale store services featuring books; retail and wholesale store services featuring eyeglasses; retail and wholesale store services featuring clocks; retail store services featuring music files; retail store services featuring pre-recorded music electronic media; wholesale store services featuring downloadable ring tones for mobile phones; retail store services featuring downloadable ring tones for mobile phones; retail store services featuring kitchen utensils; wholesale store services featuring pre-recorded music electronic media

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF KOREA, REPUBLIC OF , REG. NO. 0379558, DATED 12-05-2016, EXPIRES 12-05-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1195025, DATED 08-08-2016, EXPIRES 08-08-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1195024, DATED 08-08-2016, EXPIRES 08-08-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1215943, DATED 11-17-2016, EXPIRES 11-17-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1196486, DATED 08-16-2016, EXPIRES 08-16-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1215944, DATED 11-17-2016, EXPIRES 11-17-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1215945, DATED 11-17-2016, EXPIRES 11-17-2026

SER. NO. 88-621,521, FILED 09-18-2019

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**SuperM**

**Reg. No. 6,254,244**

**Registered Jan. 26, 2021**

**Int. Cl.: 3, 5, 9, 14, 16, 18, 20, 21, 24, 25, 26, 28, 29, 30, 32, 33, 35, 38, 41, 42, 43, 45**

**Service Mark**

**Trademark**

**Principal Register**





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

S.M. ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 3: Fabric softeners for laundry use; Cosmetics; Skin toners; Eye shadows; Facial concealers; Body lotion; Sunscreen preparations; Perfume; Deodorants for personal use; Hair care agents, namely, hair tonics, hair nourishers, hair conditioners, hair care lotions, hair care creams; Natural perfumery; Nail art stickers; False eyelashes; Cleaning preparations; Shampoos; Non-medicated bar soaps for personal use; Furbishing preparations, namely, cosmetics; Bath soaps for pets; Pre-moistened tissues impregnated with a skin cleanser; Dentifrices

CLASS 5: Food for babies except lacteal flour for babies; Lacteal flour for babies; Disinfectants; Sanitary preparations for medical use; Pharmaceutical for the treatment of headaches, pharmaceutical products for the treatment of viral diseases and veterinary preparations being veterinary vaccines; Preparations for treating colds; Vitamin preparations; Eye drops; Dietetic foods adapted for medical use; Contraceptive preparations; Dietary supplements consisting of vitamins; Mineral supplements for foodstuffs; Deodorants for clothing and textiles; Room deodorants; Medicine cases, portable, filled being first aid kits; Dressings for wounds; Sanitary napkins; Sticking plasters for medical use; Diapers for dogs; Babies' napkins

CLASS 9: Optical apparatus and instruments except for glasses and photographic apparatus, namely, optical character readers; Photographic apparatus and instruments, namely, cameras and stands for cameras; Camcorders; Eyeglasses; Contact lenses; Life jackets; Batteries; USB cables for cellphones; Sound reproduction apparatus; Ear phones; Cases for smartphones; Smart phone stands for cars; Headsets for cellular phones; Humanoid robots with artificial intelligence; Downloadable software for transmitting and receiving digital data, and for playing videos and music; Computer hardware and computer peripheral devices; Phonograph records featuring music;

Downloadable image files containing artwork, text, photographs, audio, video, games and Internet Web links relating to sporting and cultural activities; Downloadable passenger ticket; Electronic publications, in the nature of magazine, books, in the field of music and entertainment, downloadable

CLASS 14: Memorial cups of precious metals; Commemorative coins of metal; Jewelry boxes; Jewelry cases; Shoe jewelry; Leather key chains; Key rings of precious metals; Charms for key chains; Clocks and parts therefor; Clock cases being parts of clocks; Desk clocks; Jewelry; Costume jewelry; Precious metals; Earrings; Necklaces; Rings being jewelry; Women's jewelry; Jewelry brooches; Works of art of precious metal

CLASS 16: Glue for household purposes; Stickers; Stationery; Office requisites, except furniture, namely, correcting tapes, rubber bands, paper trimmers; School supplies being stationery; Writing instruments; Paper labels; Paper; Towels of paper; Passport cases; Packaging boxes of paper; Paper bags for packaging; Printed matters except books and periodicals, namely, calendars, posters; Pictures; Figures made of paper; Printed photographs; Modelling clay; Books about music; Printed publications, namely, magazines and books about music and the entertainment industry

CLASS 18: Clothing for animals; Bags, namely, backpacks, hip bags, tote bags, sling bags, all-purpose carrying bags, shoulder bags, boston bags, crossbody bags, leather and imitation leather bags; Purses; Trunks being luggage, and traveling bags; Handbags; Messenger bags; Pouches of leather; Briefcases; Sport bags; Key cases; Clutch bags; Book bags; Umbrellas; Parasols being sun umbrellas

CLASS 20: Labels of plastic; Memorial tablets, not of metal being plaster, plastic wax, wood with quotations, sayings, and verses imprinted thereon; Dog beds; Packaging containers of plastic; Plastic boxes; Furniture; Desks; Beds; Clothes chests being furniture, and non-metal clothes chests; Furniture fittings, not of metal; Mirrors; Chairs; Indoor window blinds of textile; Pillows; Cushions; Handheld flat fans; Works of art of plastic; Plastic key cards, not encoded and not magnetic; Mattresses; Picture frames

CLASS 21: Toilet utensils, namely, plungers, sponges, brushes; Kitchen utensils, namely, dishers, splatter screens; Toothbrushes; Floss for dental purposes; Dustbins; Jugs, not of precious metal; Mugs; Dishes; Basting and cooking spoon cases; Buckets; Flower pots; Coin banks; Soap holders; Boxes of glass; Bottles for cosmetics, sold empty; Plastic place mats; Flower vases; Porcelain ornaments; cloths for cleaning spectacles; works of art of porcelain

CLASS 24: Tissue of textile for cosmetics in the nature of cotton towels; Dish cloths; Labels of textile; Cloth banners; Shower curtains; Curtains made of textile fabrics; Quilts; Bed sheets; Covers for cushions; Sleeping bags; Beach towels; Handkerchiefs of textile; Cashmere, chenille, bunting, bamboo, and canvas fabric; Mosquito nets; Table mats of textile; Lap rugs; Towels of textile; Duvets; Tablecloths of textiles; Throws for traveling

CLASS 25: Clothing, namely, dresses, shirts, pants, t-shirts, jackets, skirts, jumpers, vest, sweaters, shorts, pullovers, cardigans; Footwear; Caps being headwear; Training shoes; Sandals; Sports wear, namely, shorts, jackets, uniforms, pants, shirts; Overcoats except wear for exclusive use for sports and Korean traditional dress; Bottoms as clothing; One-piece suits, namely, one-piece play suits, one-piece dresses; Children's clothing, namely, shorts, shirts, t-shirts, pants, jackets, vests, sweaters, cardigans, pullovers, skirts, dresses; Under garments; Shirts; Socks; Gloves as clothing; Sleep masks; Gloves with conductive fingertips that may be worn while using handheld electronic touch screen devices; Baseball caps; Winter face masks as clothing; Belts; Rainproof jackets

CLASS 26: Decorative articles for the hair in the nature of ornamental hair combs, ornamental hair wraps; Ornamental novelty badges and buttons; Ornamental novelty pins not of precious metal; Trimming for clothing; Brooches for clothing; Brassards;

Toupees; Electric hair rollers; Decorative charms for cellular phones; Hair pins; Hair elastics; Shirt buttons; Hair grips

CLASS 28: Ornaments for Christmas trees, except illumination articles and confectionery; Playthings, namely, beanbags, puppet theaters; Dolls; Plush, bath, bendable, and water toys; Talking dolls; Toy balloons; Play balloons; Toy figures; Toy sticks with glow-in-thedark features; Apparatus for games, namely, bases, bats, and balls for playing baseball-like indoor and outdoor games; Hand held units for playing electronic games; Golf balls; Fishing tackle; Card, chess, checkers, and board games; Parlour games; Sticks for fans and for entertainment being novelty items, namely, elongated play balloons; Sporting articles other than golf articles and climbing articles, namely, tennis racquets; Pilates foam roller; Pilates foam roller; Gym play balls

CLASS 29: Frozen beans; Frozen vegetables; Food products made primarily from fruits, namely, candied fruit snacks; Processed vegetable products, namely, potato chips; Tofu; Foods prepared from bean curds, namely, tofu; Bean processed foodstuffs, excluding bean curds and their processed foodstuffs, namely, mung, and red bean-based snack foods; Processed egg foodstuffs, namely, egg creams, egg yolks, egg salad; Prepared meat; Processed meat; Milk products excluding ice cream, ice milk and frozen yogurt; Processed dairy products, namely, whipped topping, dairy-based spreads; Cheese; Food products made from oil and fat, namely, chitterlings; Worm-based snack foods; Fish and shellfish, not live, including those frozen or preserved with salt; Processed edible seaweed; Preserved edible seaweeds as food; Prepared dishes consisting primarily of fish and shellfish; Chicken, meat, and fish croquettes

CLASS 30: Rice; Brown rice; Combination meals consisting primarily of pasta or rice-based entrees and soup or salad for consumption on or off the premises, packaged meal kits consisting primarily of pasta or rice, meal kits consisting primarily of noodles; Processed cereals; Pizzas; Bread; Confectionery, namely, candy and chocolate, pastila, zefir, zephyr; Ice cream; Chewing gum; Candy; Honey; Rice cakes; Soya sauce; Fermented hot pepper paste (gochujang); Sauces; Spices; Edible salt; Tea; Processed coffee; Tea-based beverages; Processed seaweed products, namely, seaweed used as a condiment

CLASS 32: Soft drinks; Citrus juices; Strawberry juices; Non-alcoholic beverages for prevention of hangover, not for medical purposes, namely, non-alcoholic fruit juice beverages, energy drinks; Lemonades; Soda pop; Non-alcoholic rice punch (Sikhye); Smoothies; Aerated water; Syrups for beverages; Fruit beverages and fruit juices; Vegetable extracts for making non-alcoholic beverages; Fruit powders for making beverages; Water beverages; Tonic water; Mineral waters; Beer; Lagers; Alcohol-free beers; Flavored beers

CLASS 33: Korean distilled spirits (Soju); Korean traditional rice wine (Makgeoli); Sparkling fruit wine; Vodka; Sangria; Champagne; Wines; Whisky; Prepared alcoholic cocktails; Ginseng liquor; Schisandra fruit liquor; Red ginseng liquor; Rum; Brandy; Unstrained rice wine (Tag-ju); Liqueurs; Fruit wine; Sparkling wine; Alcoholic tea-based beverages; Sweet wines

CLASS 35: Advertising and publicity services; Branding services, namely, management and marketing of brands for businesses and individuals; Business management of performing artists; Talent agency services being business management of performing artists; Promotion of musical concerts; Comprehensive shopping mall by internet, namely, online retail store services featuring a wide variety of consumer goods of others; Online retail department, drug, grocery, and book store services featuring in-store order pickup; Computerized on-line ordering services, namely, online retail store services featuring a wide variety of consumer goods of others; Providing consumer product information in the field of a wide variety of consumer goods and services of others via the internet; Secretarial services; import-export agency services

CLASS 38: Broadcasting of television programs, and broadcast transmission by satellite

of television programs; Interactive delivery of video over digital networks; Broadcast communication services, namely, transmitting e-mails, faxes, text messages and telephone voice messages to designated recipients for others; Providing access to databases and the internet; Providing access to mobile internet portals, namely, providing remote Internet access; Providing internet chat rooms, and electronic bulletin boards for transmission of messages among users in the field of general interest; Wireless internet broadcasting; Providing access to the internet via mobile devices; Providing online chat rooms for social networking, and on-line electronic bulletin board for the transmission of messages among computer users concerning topics of interest relating to music, entertainment, and general interest; Computer-aided transmission of text messages and video images; Electronic transmission of music; Computer aided transmission of sound and images between mobile telecommunications devices; Radio and television broadcasting, and radio and television programming broadcasting; Internet broadcasting services; Providing multiple user access to internet via mobile communication devices

CLASS 41: Instruction services being classroom instruction of acting, singing, dancing; Ticket reservation and booking services for entertainment, sporting and cultural events; Entertainment services performed by singers; Entertainment services in the nature of musical performances and concerts; Entertainment services performed by singers in the nature of live music concerts; Provision of entertainment information relating to cultural performances; Entertainer services, namely, in the nature of presenting live musical performances, and other performances in the field of entertainment, and entertainment services, namely, live, televised and movie appearances by a professional entertainer; Fan club services relating to entertainer; Production of television programs; Production of audio recordings; Rental of sound recordings and video recordings; Multimedia publishing of printed matter, namely, books, magazines, journals, newspapers, newsletters, maps, and photographs, prerecorded tutorial video sessions in the field of music, graphic works of others on CD, DVD, and on-line featuring music, and electronic publications; Running of museums, museum services; Educational services, namely, instruction in the field of music; Artists education, namely, providing educational courses in the field of art, music, acting and dance offered through online, non- downloadable videos and onsite instructor assistance; Vocational training in the field of music, art, acting, dance, and computers; Providing and operating of amusement facilities; Arranging of displays for entertainment purposes, namely, organization of exhibitions for musical entertainment, and organizing and arranging exhibitions for entertainment purposes; Arranging of fashion shows for entertainment purposes; Theme park services

CLASS 42: Animation character design, namely, graphic arts design of animation characters for others; Furniture design services; Planning and design of kitchens, furniture stores; Design of new industrial products for others; Landscape lighting design; Design of new products for others; Graphic design; Commercial art design; Visual design, namely, designing posters, graphic arts used for advertisements on newspapers, magazines, and televisions; Design services for packaging; Design of fashion accessories, namely, jewelry; Clothing design services; Development of computer programs for others; Development of computer game software; Electronic storage of digital audio files; Web site design; Computer software development; Cosmetology research, namely, research of new products used in the field of cosmetology; Cosmetics development services

CLASS 43: Korean restaurants; Tourist eating house services, namely, restaurant services; Restaurant services; Restaurant information services; Buffet restaurants; Salad bars; Western style restaurants; Franchise restaurant services; Carry-out restaurants; Fast- food restaurant services; Cafe services; Bakeries; Pubs; Hotel services; Making hotel reservations; Providing exhibition facilities; Rental of meeting rooms; Providing campground facilities; Providing day-care for the elderly; Pet hotel services

CLASS 45: Licensing of intellectual property and copyright; Licensing of character copyright; Character licensing; Online social networking services; Online social

networking services accessible by means of downloadable mobile applications; Legal services relating to the exploitation of broadcasting rights; Granting of licenses relating to the copying of broadcast television programmes; Legal services, namely, music licensing services; Legal services, namely, licensing services relating to music publishing; Legal services, namely, licensing of rights relating to the use of photographs; Legal consultancy relating to television advertising, television entertainment and sports; Information relating to fashion coordination services for individuals; Personal wardrobe styling services

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121515, FILED 08-05-2019, REG. NO. 1630752, DATED 08-04-2020, EXPIRES 08-04-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121514, FILED 08-05-2019, REG. NO. 1628751, DATED 07-28-2020, EXPIRES 07-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121513, FILED 08-05-2019, REG. NO. 1628750, DATED 07-28-2020, EXPIRES 07-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121512, FILED 08-05-2019, REG. NO. 1628749, DATED 07-28-2020, EXPIRES 07-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121511, FILED 08-05-2019, REG. NO. 1628748, DATED 07-28-2020, EXPIRES 07-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121504, FILED 08-05-2019, REG. NO. 1628741, DATED 07-28-2020, EXPIRES 07-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121509, FILED 08-05-2019, REG. NO. 1628746, DATED 07-28-2020, EXPIRES 07-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121508, FILED 08-05-2019, REG. NO. 1628745, DATED 07-28-2020, EXPIRES 07-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121507, FILED 08-05-2019, REG. NO. 1628744, DATED 07-28-2020, EXPIRES 07-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121506, FILED 08-05-2019, REG. NO. 1628743, DATED 07-28-2020, EXPIRES 07-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121505, FILED 08-05-2019, REG. NO. 1628742, DATED 07-28-2020, EXPIRES 07-28-2030

PRIORITY CLAIMED UNDER SEC. 44(D) ON KOREA, REPUBLIC OF APPLICATION NO. 2019-0121510, FILED 08-05-2019, REG. NO. 1628747, DATED 07-28-2020, EXPIRES 07-28-2030

The mark consists of the stylized wording, "SUPERM", displayed with the letter "U" underlined and letters, "S", and, "M", capitalized, all below a zigzag design of the letter "SM", displayed as the letter "S" angled upward toward the right with the top band extending beyond the letter, then downward parallel to the letter, and extending past the end of the letter, and the lower band of the letter extending beyond the letter, then

upward parallel to the letter, extending past the end of the letter, then angling downward to the right and ending above the letter.

SER. NO. 88-573,241, FILED 08-09-2019

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## SM Neo Culture Technology

**Reg. No. 6,083,801**

**Registered Jun. 23, 2020**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD.  (KOREA, REPUBLIC OF CORPORATION)
423, Apgujung-ro, Gangnam-gu
Seoul, REPUBLIC OF KOREA 06009

CLASS 16: Industrial packaging containers of paper; glue for stationery or household purposes; stickers; paper tissues; stationery; office requisites, except furniture, namely, paper trimmers, rubber bands, staplers, office hole punchers; school supplies, namely, writing instruments, pens, pencils, mechanical pencils, erasers, markers, crayons, highlighter pens, folders, notebooks, paper, protractors, paper clips, pencil sharpeners, writing grips, glue and book marks; passport holders; table decorations of paper, namely, table cloths; picture postcards; posters; calendars; bromide photographs; books about math, computers, business, entertainment, music, arts, dance; magazines about math, computers, business, entertainment, music, arts, dance; publications in the nature of books, magazines featuring math, computers, business, entertainment, music, arts, dance; boxes of paper; paper sacks for wrapping; stickers and sticker albums; plastic films, bags, bubble packs for packaging; pictorial magazine being general feature magazines; composition books; modelling clay

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1208143, DATED 10-10-2016, EXPIRES 10-10-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "TECHNOLOGY"

SER. NO. 88-636,308, FILED 09-30-2019

Director of the United States
Patent and Trademark Office



```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## SM NEO CULTURE TECHNOLOGY

**Reg. No. 5,993,384**

**Registered Feb. 25, 2020**

**Int. Cl.: 3, 9, 25, 26, 35**

**Service Mark**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
521 Apgujeong 2-dong, Gangnam-gu
Seoul, REPUBLIC OF KOREA

CLASS 3: Fabric softeners for laundry use; Cosmetics; Perfumes; Oils for perfumes and scents; Aromatics, namely, aromatic potpourris, aromatic oils for household purposes; Cotton wool for cosmetic purposes; False nails; Skin masks for cosmetic use; Cosmetic soaps; Bath soap; Shampoos; Hair rinses, namely, shampoo-conditioners; Dentifrices; Cosmetics for animals; Laundry preparations, namely, laundry detergent; Non-medicated toiletries; Essential oils; Adhesive for false eyelashes, hair and nails

CLASS 9: Video disks and video tapes with recorded animated cartoons; Cases for smartphones; Headphones; Sunglasses; Cameras; Swim goggles; Musical juke boxes; Video game cartridges; Downloadable mobile consumer coupons; Downloadable digital photographs; Downloadable ring tones for mobile phones; DVD featuring music and music performances; Protective helmets for sports; Notebook computer carrying cases; Software for smart TV applications, namely, software for providing information on entertainment, karaoke rooms, social network service (SNS), electronic games; Smart phone application software, namely, software for providing information on entertainment, karaoke rooms, social network service (SNS), electronic games; Cellphone straps; USB cables

CLASS 25: Money belts; Footwear; Sports jackets; Bathing suits; Training suits; Blue jeans; Jackets; Underclothing; Beachwear; Neckties; Stockings; Socks; Scarves; Mufflers; Winter gloves of leather; Caps; Winter face masks, namely, ski masks, knit face masks; Leather belts; Suspenders; Belts made of leather; Rain suits; Anoraks; Leotards and tights; Uniforms; Clothing, namely, shirts, pants, jackets, sweaters, t-shirts

CLASS 26: Electric hair rollers; Non-electric hair rollers; Electric hair curlers, other than hand implements; False hair; Hair extensions; Needle cushions; Rug hooks; Shoe ornaments not of precious metal; Hair ornaments not of precious metal; Belt ornaments not of precious metal; Buckles, namely, shoe buckles, belt buckles, hair buckles; Trimming for clothing, namely, lace trimming; Decorative ribbons; Hair bands; Artificial flowers; Artificial fruit; Laces and embroidery; Needles

CLASS 35: On-line retail store services featuring confectionery, cosmetics, stationery, bags, footwear, glasses, clocks, toys, pre-recorded music electronic media, books, CDs, kitchen utensils, clothing, beverages; Advertising; Arranging of fashion shows for promotional purposes; Sales promotion for others; Business management of performing artists; Commercial administration of the licensing of the goods and services of others; Opinion polling; Talent agency services; Import-export agencies; Retail store services featuring pre-recorded music electronic media; Wholesale store services featuring downloadable ring tones for mobile phones; Retail store services featuring downloadable ringtones for mobile phones; Retail store services featuring confectionery, cosmetics, stationery, bags, footwear, glasses,



Director of the United States
Patent and Trademark Office



clocks, toys, books, CDs, kitchen utensils, clothing, beverages

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1211102, DATED 10-24-2016, EXPIRES 10-24-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1208142, DATED 10-10-2016, EXPIRES 10-10-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 0388833, DATED 02-27-2017, EXPIRES 02-27-2027

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1208144, DATED 10-10-2016, EXPIRES 10-10-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1211108, DATED 10-24-2016, EXPIRES 10-24-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "TECHNOLOGY"

SER. NO. 86-918,284, FILED 02-24-2016

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

## SM NEW CULTURE TECHNOLOGY

**Reg. No. 5,993,383**

**Registered Feb. 25, 2020**

**Int. Cl.: 3, 9, 26, 35**

**Service Mark**

**Trademark**

**Principal Register**

S.M. ENTERTAINMENT CO., LTD. (KOREA, REPUBLIC OF CORPORATION)
521 Apgujeong 2-dong, Gangnam-gu
Seoul, REPUBLIC OF KOREA

CLASS 3: Fabric softeners for laundry use; Cosmetics; Perfumes; Oils for perfumes and scents; Aromatics, namely, aromatic potpourris, aromatic oils for household purposes; Cotton wool for cosmetic purposes; False nails; Skin masks for cosmetic use; Cosmetic soaps; Bath soap; Shampoos; Hair rinses, namely, shampoo-conditioners; Dentifrices; Cosmetics for animals; Laundry preparations, namely, laundry detergent; Non-medicated toiletries; Essential oils; Adhesive for false eyelashes, hair and nails

CLASS 9: Video disks and video tapes with recorded animated cartoons; Downloadable electronic books in the field of entertainment; Cases for smartphones; Headphones; CD players; Sunglasses; Contact lenses; Cameras; Ear plugs for divers; Swim goggles; Musical juke boxes; Video game cartridges; Downloadable mobile consumer coupons; Downloadable digital photographs; Downloadable ring tones for mobile phones; DVD featuring music and music performances; Protective helmets for sports; Computer chips; Electronic diaries; Notebook computer carrying cases; Software for smart TV applications, namely, software for providing information on entertainment, karaoke rooms, social network service (SNS), electronic games; Smart phone application software, namely, software for providing information on entertainment, karaoke rooms, social network service (SNS), electronic games; Headsets for cellular phones; Cellphone straps; USB cables

CLASS 26: Electric hair rollers; Non-electric hair rollers; Electric hair curlers, other than hand implements; False hair; Hair extensions; Needle cushions; Rug hooks; Shoe ornaments not of precious metal; Hair ornaments not of precious metal; Belt ornaments not of precious metal; Buckles, namely, shoe buckles, belt buckles, hair buckles; Trimming for clothing, namely, lace trimming; Decorative ribbons; Hair bands; Artificial flowers; Artificial fruit; Laces and embroidery; Needles

CLASS 35: On-line retail store services featuring confectionery, cosmetics, stationery, bags, footwear, glasses, clocks, toys, pre-recorded music electronic media, books, CDs, kitchen utensils, clothing, beverages; Advertising; Arranging of fashion shows for promotional purposes; Sales promotion for others; Business management of performing artists; Commercial administration of the licensing of the goods and services of others; Opinion polling; Talent agency services; Import-export agencies; Retail store services featuring pre-recorded music electronic media; Wholesale store services featuring downloadable ring tones for mobile phones; Retail store services featuring downloadable ringtones for mobile phones; Retail store services featuring confectionery, cosmetics, stationery, bags, footwear, glasses, clocks, toys, books, CDs, kitchen utensils, clothing, beverages



Director of the United States
Patent and Trademark Office

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR



OWNER OF KOREA, REPUBLIC OF , REG. NO. 1206490, DATED 10-04-2016, EXPIRES 10-04-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1206491, DATED 10-04-2016, EXPIRES 10-04-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 0376945, DATED 11-07-2016, EXPIRES 11-07-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1195031, DATED 08-08-2016, EXPIRES 08-08-2026

OWNER OF KOREA, REPUBLIC OF , REG. NO. 1206497, DATED 10-04-2016, EXPIRES 10-04-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "TECHNOLOGY"

SER. NO. 86-918,275, FILED 02-24-2016

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# 샤이니

**Reg. No. 5,666,968**

**Registered Jan. 29, 2019**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

S.M. Entertainment Co., Ltd. (KOREA, REPUBLIC OF CORPORATION)
521 Apgujeong 2-dong, Gangnam-gu
Seoul, REPUBLIC OF KOREA

CLASS 24: Towels; face towels of textile; hand towels; bath towels; beach towels; bed blankets; bed covers; covers for cushions; mattress covers; quilts; bed sheets; pillow covers; mosquito nets

FIRST USE 12-26-2010; IN COMMERCE 7-29-2016

The mark consists of three Korean characters which transliterate to "SHA EE NEE".

The non-Latin characters in the mark transliterate to "SHA EE NEE" and this has no meaning in a foreign language.

SER. NO. 87-108,823, FILED 07-19-2016

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# 샤이니

**Reg. No. 5,666,967**

**Registered Jan. 29, 2019**

**Int. Cl.: 9, 16, 25**

**Trademark**

**Principal Register**

S.M. Entertainment Co., Ltd. (KOREA, REPUBLIC OF CORPORATION)
521 Apgujeong 2-dong, Gangnam-gu
Seoul, REPUBLIC OF KOREA

CLASS 9: Sunglasses; earphones and headphones; cases for mobile phones; computer application software for mobile phones, namely, software for providing social media services; computer game software for use on mobile and cellular phones; downloadable ring tones and graphics for mobile phones; straps for mobile phones; computer hardware and computer peripheral devices; downloadable ring tones, graphics and music via a global computer network and wireless devices; audio and video recordings featuring music and artistic performances; downloadable electronic brochure regarding music and entertainment; downloadable digital photographs

FIRST USE 10-2-2008; IN COMMERCE 9-4-2010

CLASS 16: Stickers; paper tissues; stationery; passport covers; boxes of paper; paper bags; plastic bags for packaging; paper Halloween decorations; paper party decorations; trading cards; postcards; diary; calendars; caricatures; portraits; bromides, namely, photographs; modelling clay; printed publications, namely, brochures, booklets, and teaching materials in the field of entertainment

FIRST USE 10-2-2008; IN COMMERCE 9-4-2010

CLASS 25: Suits; dresses; shirts; caps; jeans; sport coats; sport shirts; sport stockings; sports bra; sports caps and hats; sports jackets; sports jerseys; sports pants; footwear; infant wear; belts; coats; T-shirts

FIRST USE 10-2-2008; IN COMMERCE 9-4-2010

The mark consists of three Korean characters which transliterate to "Sha Ee Nee".

The non-Latin characters in the mark transliterate to "Sha Ee Nee" and this has no meaning in a foreign language.

SER. NO. 87-104,064, FILED 07-14-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SHINee

**Reg. No. 5,633,352**

**Registered Dec. 18, 2018**

**Int. Cl.: 9, 16, 25**

**Trademark**

**Principal Register**

S.M. Entertainment Co., Ltd. (KOREA, REPUBLIC OF CORPORATION)
521 Apgujeong 2-dong, Gangnam-gu
Seoul, REPUBLIC OF KOREA

CLASS 9: Sunglasses; Earphones and headphones; Cases for mobile phones; Computer application software for mobile phones, namely, software for providing social media services; Computer game software for use on mobile and cellular phones; Downloadable ring tones and graphics for mobile phones; Straps for mobile phones; Computer hardware and computer peripheral devices; Downloadable ring tones, graphics and music via a global computer network and wireless devices; Audio and video recordings featuring music and artistic performances; Downloadable electronic brochure regarding music and entertainment; Downloadable digital photographs

FIRST USE 10-2-2008; IN COMMERCE 9-4-2010

CLASS 16: Stickers; Paper tissues; Passport covers; Boxes of paper; Paper bags; Plastic bags for packaging; Paper Halloween decorations; Paper party decorations; Trading cards; Postcards; Diary; Calendars; Caricatures; Portraits; Bromides, namely, photographs; Modelling clay; Printed publications, namely, brochures, booklets, and teaching materials in the field of entertainment

FIRST USE 10-2-2008; IN COMMERCE 9-4-2010

CLASS 25: Suits; Dresses; Shirts; Caps; Jeans; Sport coats; Sport shirts; Sport stockings; Sports bra; Sports caps and hats; Sports jackets; Sports Jerseys; Sports pants; Footwear; Infant Wear; Belts; Coats; T-shirts

FIRST USE 10-2-2008; IN COMMERCE 9-4-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-104,012, FILED 07-14-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.